## UNITED STATES DISTRICT COURT
### District of Maine

Plaintiff DANIEL SILVA )
)
)                            APPLICATION TO PROCEED
v. )                         WITHOUT PREPAYMENT OF
)                            FEES AND AFFIDAVIT
)
Defendant ESSEX Correctional Facility )    Case Number:
ET.AL. NO. Seg )

APPLICANT: IF YOU ARE INCARCERATED, PLEASE NOTE THAT YOU MAY BE REQUIRED TO PAY THE ENTIRE FILING FEE EVEN IF THE COURT GRANTS THIS APPLICATION. AFTER REVIEWING THIS APPLICATION, THE COURT MAY ORDER YOU TO PAY A PARTIAL FEE. FURTHER PAYMENTS FROM YOUR ACCOUNT MAY BE FORWARDED TO THE COURT BY YOUR INSTITUTION.

I, Daniel Silva, declare that I am the party seeking relief in the above-entitled action; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief I am seeking in this action.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes ☐ No (if "No" go to Question 2)

   Where are you incarcerated? Maine State Prison

   Are you employed at this institution?    ☒ Yes ☐ No

   Do you receive any payment from this institution? ☒ Yes ☐ No

   IMPORTANT: Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet, if available, from the institution(s) of your incarceration showing at least the past SIX MONTHS' transactions.

2. In the past 12 MONTHS, have you received any money from any of the following sources?

   | Source | Yes | No |
   |---|---|---|
   | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | Rent payment, interest or dividends | ☐ Yes | ☒ No |
   | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | Gifts or inheritances | ☐ Yes | ☒ No |
   | Any other sources | ☒ Yes | ☐ No |

   If the answer to any of the above is "Yes" describe each source of money and state the amount received AND what you expect you will continue to receive.
   Industries worker Part Time 3 hours Per day at $1.50 per hr.

STATE OF MAINE

SUPERIOR COURT
_____, ss.
Docket No. _____

DISTRICT COURT
Location _____
Docket No. _____

Prisoner's name: Daniel Silva

Institution: Maine State Prison

JUL 23 2004

## CERTIFICATE

(To be Completed by the Institution for Prisoners)
(To be used in civil and criminal cases)

I hereby certify as follows:

The prisoner has the sum of $ .46 on account to his/her credit at this institution.

During the past six months, the prisoner's average monthly balance was $ 24.98 .

During the past six months, the prisoner's average deposits were $ 51.21 .

An account statement showing the past six months' transactions in the prisoner's account:

[X] is attached     [ ] is not available at this institution

Date: 7/26/04

_____Wanda C. Taylor_____
Authorized Institutional Officer

CR-153, Rev. 06/98

```
07/26/2004 14:46           DEPARTMENT OF CORRECTIONS            Page     1   Of      3

MPVFAXO                        MAINE STATE PRISON                           OTRTASTA

                        T R U S T   A C C O U N T   S T A T E M E N T


DOC:  55754          Name: SILVA, DANIEL                         DOB: 06/22/2003
LOCATION: MSP-BLDG5-E-221


ACCOUNT BALANCES   Total :        35.46   CURRENT:       0.46  HOLD:       35.00



                             01/26/2004      07/26/2004
SUB ACCOUNT                  START BALANCE   END BALANCE
                             -------------------------------

REGULAR                           9.96           0.46

BONDS                             0.00           0.00

SAVINGS                           0.00           0.00

WORK RELEASE                      0.00           0.00

                      DEBTS AND OBLIGATIONS

TYPE      PAYABLE               INFO NUMBER     AMOUNT OWING    AMOUNT PAID
          ------------------------------------------------------------------

COUR      COURT ORDERED         cr-02-328            0.00          25.00
          PENALTIES,FINES &
          SURCHARG
FAC       FACILITY RESTITUTION  COPAY                0.00           5.00

          TRANSACTION DESCRIPTIONS --                REGULAR  SUB-ACCOUNT

  DATE        TYPE     TRANSACTION DESCRIPTION     TRANSACTION AMT      BALANCE
  ------------------------------------------------------------------------------

01/26/2004 CRS     CRS SAL ORD #287797          (       5.00)              4.96
01/30/2004 CRS     CRS SAL ORD #288683          (       4.00)              0.96
02/03/2004 IND     Ind. Payroll Rec.                   28.40             29.36
02/04/2004 CRS     CRS SAL ORD #289546          (      15.00)             14.36
02/09/2004 CRS     CRS SAL ORD #290395          (      10.00)              4.36
02/13/2004 MRM     MRM/CK/R. PHILLIPS                  30.00             34.36
02/13/2004 CRS     CRS SAL ORD #291152          (      34.00)              0.36
02/19/2004 IND     Ind. Payroll Rec.                   45.55             45.91
02/23/2004 CRS     CRS SAL ORD #292817          (      20.00)             25.91
02/24/2004 CRS     CRS SAL ORD #292849          (       9.76)             16.15
02/27/2004 CRS     CRS SAL ORD #293631          (      10.00)              6.15
03/01/2004 IND     Ind. Payroll Rec.                   24.90             31.05
03/02/2004 CRS     CRS SAL ORD #294294          (      10.00)             21.05
```

```
07/26/2004 14:46           DEPARTMENT OF CORRECTIONS          Page    2   Of    3
                              MAINE STATE PRISON                            OTRTASTA
MPVFAXO
                           T R U S T   A C C O U N T   S T A T E M E N T
```

DOC: 55754         Name: SILVA, DANIEL                          DOB: 06/22/2003
LOCATION: MSP-BLDG5-E-221

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 03/05/2004 | CRS | CRS SAL ORD #295021 | ( 10.00) | 11.05 |
| 03/09/2004 | CRS | CRS SAL ORD #295580 | ( 11.00) | 0.05 |
| 03/16/2004 | IND | Ind. Payroll Rec. | 24.50 | 24.55 |
| 03/17/2004 | CRS | CRS SAL ORD #297154 | ( 15.00) | 9.55 |
| 03/19/2004 | CRS | CRS SAL ORD #297553 | ( 3.70) | 5.85 |
| 03/25/2004 | CRS | CRS SAL ORD #298547 | ( 5.00) | 0.85 |
| 03/25/2004 | COP | Copies/cert.of acct | ( 0.75) | 0.10 |
| 03/31/2004 | IND | Ind. Payroll Rec. | 30.80 | 30.90 |
| 03/31/2004 | POS | POS/LEG/OXFRD CTY SUPR CRT/SILVA | ( 0.60) | 30.30 |
| 03/31/2004 | CRS | CRS SAL ORD #299581 | ( 15.00) | 15.30 |
| 04/05/2004 | CRS | CRS SAL ORD #300359 | ( 15.00) | 0.30 |
| 04/08/2004 | MRM | MRM/CK/R. PHILLIPS | 40.00 | 40.30 |
| 04/09/2004 | CRS | CRS SAL ORD #301300 | ( 15.00) | 25.30 |
| 04/12/2004 | CRS | CRS SAL ORD #301739 | ( 25.00) | 0.30 |
| 04/13/2004 | IND | Ind. Payroll Rec. | 33.30 | 33.60 |
| 04/14/2004 | CRS | CRS SAL ORD #302125 | ( 7.14) | 26.46 |
| 04/14/2004 | CRS | CRS SAL ORD #302746 | ( 15.00) | 11.46 |
| 04/16/2004 | CRS | CRS SAL ORD #303036 | ( 11.00) | 0.46 |
| 04/19/2004 | CRS |  | 62.80 | 63.26 |
| 04/29/2004 | IND | Ind. Payroll Rec. | 30.00 | 33.26 |
| 04/30/2004 | CRS | CRS SAL ORD #304942 | ( 4.52) | 28.74 |
| 05/05/2004 | CRS | CRS SAL ORD #305742 | ( 3.25) | 25.49 |
| 05/06/2004 | JCF | Jaycees Card Fund/Silva | ( 3.70) | 21.79 |
| 05/06/2004 | CRS | CRS SAL ORD #306165 | 84.00 | 105.79 |
| 05/11/2004 | IND | Ind. Payroll Rec. | ( 10.53) | 95.26 |
| 05/12/2004 | CRS | CRS SAL ORD #307041 | ( 20.00) | 75.26 |
| 05/12/2004 | CRS | CRS SAL ORD #307224 | ( 20.00) | 55.26 |
| 05/18/2004 | CRS | CRS SAL ORD #308269 | 77.22 | 132.48 |
| 05/26/2004 | IND | Ind. Payroll Rec. | ( 15.00) | 117.48 |
| 05/27/2004 | CRS | CRS SAL ORD #309974 | ( 8.24) | 109.24 |
| 05/28/2004 | CRS | CRS SAL ORD #310048 | ( 20.00) | 89.24 |
| 06/04/2004 | CRS | CRS SAL ORD #311314 | ( 20.00) | 69.24 |
| 06/07/2004 | CRS | CRS SAL ORD #311672 | ( 12.35) | 56.89 |
| 06/08/2004 | CRS | CRS SAL ORD #311827 | 118.20 | 175.09 |
| 06/09/2004 | IND | Ind. Payroll Rec. | ( 10.00) | 165.09 |
| 06/11/2004 | CRS | CRS SAL ORD #312793 | ( 25.00) | 140.09 |
| 06/18/2004 | CRS | CRS SAL ORD #313648 | 71.87 | 211.96 |
| 06/22/2004 | IND | Ind. Payroll Rec. | ( 190.95) | 21.01 |
| 06/24/2004 | CMS | CMS SAL ORD #314840 | ( 1.75) | 19.26 |
| 06/24/2004 | JCF | JCF/CARDS/SILVA | ( 19.00) | 0.26 |
| 06/24/2004 | CRS | CRS SAL ORD #315022 | 30.00 | 30.26 |
| 06/29/2004 | MRM | MRM/ ck R Phillips | ( 30.00) | 0.26 |
| 06/29/2004 | HOA | HOLD/ CK R PHILLIPS |  |  |

STATE OF MAINE
INDIGENCY AFFIDAVIT

SUPERIOR COURT
_____, ss
Docket No. _____

DISTRICT COURT
Location _____
Docket No. _____

PLEASE FILL OUT THIS FORM AS COMPLETELY AS POSSIBLE.

Name _Daniel Silva_____ Date of Birth _4/22/55_ Age _49_ Phone # _____
Address _____

I am requesting a ☐ court appointed lawyer for ☐ criminal case ☐ protective custody case
☑ waiver of fees and charges in the following civil case: _Silva v. Essex County_
Marital Status: ☐ single ☐ married ☑ divorced ☐ separated ☐ widowed
I live: ☑ alone ☐ with spouse ☐ with parent ☐ with children ☐ with friend(s) ☐ other (list who)_____
List the names, ages and relationships of any dependents you support: _incarcerated_

CASH ASSETS:
AVAILABLE MONEY (List all money currently available; include joint as well as individual accounts.)
  a. Cash on hand                                      $ _0_
  b. Checking Account(s)                               $ ___
     Name of Financial Institution: _____
  c. Savings Account(s)                                $ ___
     Name of Financial Institution: _____
  d. Stocks, bonds, trusts, certificates of deposit, IRA, etc. $ ___ (value)
     Description: _____
  e. Cash posted as bail                               $ ___
  f. Other (Christmas Club, etc.)                      $ ___
     Description: _____
                        TOTAL CASH ASSETS:    $ _0_

INCOME:
1. EMPLOYMENT (list employer name, address and telephone number) _$.50/hr  3 HR A DAY_
  a. Where do you work? _Industries_
  b. Length of time employed: _5 months_  ☐ Full Time ☑ Part Time ☐ Seasonal
  c. If not currently employed, where and when were you last employed? _15 years ago_
  d. Do you anticipate other employment or other income within the near future? ☐ yes ☑ no
     If yes, please explain: _____

2. Do you receive any pay or any other kind of compensation for any other work you do that is not included above? If so, please explain: ___

3. MONTHLY/WEEKLY INCOME
  a. Salary and wages (take home pay)         $____ (per ☐ week ☐ month)
  b. Unemployment                             $____ (per ☐ week ☐ month)
  c. Social Security                          $____ (per ☐ week ☐ month)
  d. AFDC payments                            $____ (per ☐ week ☐ month)
  e. Alimony/child support                    $____ (per ☐ week ☐ month)
  f. Any income received and not reported above $____ (per ☐ week ☐ month)
     (E.g., veteran's benefits, worker's comp., pensions/retirement, nat'l guard, room rental. Please specify)
_____

4. ASSETS OF SPOUSE (Include roommate with whom you share expenses; if you are under 18 years old include your parent.)
  a. Name of Person _____   b. Relationship to you _____
  c. Address _____           d. No. of this person's dependants _____
  e. Is this person employed ☐ yes ☐ no   If yes, where? _____
  f. Estimated monthly/weekly income? $_____ (per ☐ week ☐ month)
  g. Is any of this income available to you/used for you? If so, how much? _____ (per ☐ week ☐ month)

5. Does anyone owe you any money? ☐ yes ☑ no  If yes, how much? _____

6. Have you, or has anyone in your household, received or do you expect to receive, any payments such as retroactive government benefits, tax refunds, pay raises, law suit settlements, etc? If yes, please explain. _None_

CR-032, Rev. 11/96                    (PLEASE COMPLETE REVERSE SIDE)

OTHER ASSETS: Property (owned individually or with others)
a. Do you own a house or other real estate? ☐ yes ☑ no  If yes, what is the estimated market value of the property? $_____
   $____0____  What is the amount of any mortgage on the property? $____0____ Who holds the mortgage? _____
b. List make, model, year and value of all motor vehicles you have (automobiles, trucks, RV's, motorcycles, ATV's, snowmobiles, etc.) $__None__ Who holds the title to these vehicles? _____
   Who are the vehicles registered to? _____
c. List any other personal property (such as TV, stereo, VCR, valuable jewelry, antiques, etc.) having a value of $50.00 or more.
d. Cash value of insurance policies, pension, retirement or profit sharing, etc. (Specify) ___0___

EXPENSES:
1. Monthly Living Expenses
   a. Food and other grocery items  $ 40.00      d. Other (Specify) _____
   b. Housing (rent/mortgage)       $_____
   c. Utilities (e.g. electricity, heat, water, sewer, telephone  $_____
                                                          TOTAL  $_____

2. Describe any loan payments or any other payments you make on a regular basis which are not normal living expenses.
   Lending Institution     Purpose         Total Amount Owed    Monthly Payment
   _____                _____           $_____             $_____
   _____                _____           $_____             $_____
   _____                _____           $_____             $_____
   TOTALS                                   $_____             $_____

3. Describe any regular payments you make for medical care, alimony/child support, child care, etc. (specify) _____
   TOTAL     $_____

4. Is there any other statement you wish to make about your financial condition that may be helpful in evaluating if you qualify for court appointed legal assistance? _____

I acknowledge that disclosure of my Social Security account number on this form is mandatory under 36 M.R.S.A. §5276-A. My Social Security account number may be used to facilitate the collection of money that I may owe the State of Maine as a result of having had an attorney appointed to represent me if it is later determined that I am to be responsible for all or part of the attorney fees and costs.
My Social Security account number is 027 - 42 - 2275.

I furnish the above information to support my request for appointment of counsel to represent me with regard to the pending charges. I have read the above form, I understand it, and the answers to the questions are true. I understand that any false answers on this form may subject me to criminal prosecution, and that a court investigator may seek to verify my statements. I also understand that I have a continuing obligation, personally and through counsel, to report to the court any changes in my employment or other financial circumstances.

Date: 7/25/04                                      _____
                                                   Signature of party
Subscribed and sworn to before me,

_____
Attorney - Clerk of Court - Notary Public - Judge / Justice

Based on review of defendant's financial circumstances, including an interview of the party, I make the following recommendation:
☐ ELIGIBLE   ☐ NOT ELIGIBLE   ☐ PARTIALLY ELIGIBLE   $_____

RECOMMENDATION _____

Date: _____                                      _____
                                                   Financial Investigator

Case 1:04-cv-11769-NG    Document 1    Filed 08/09/2004    Page 7 of 9

3. State the date of your last employment ("current," if applicable), the amount of your take-home salary or wages and pay period, and the name and address of your employer. _15 years ago ?_

4. Do you have ANY cash or checking or savings accounts? ☐ Yes ☒ No

   If "Yes" state the total amount: _None_

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property? ☐ Yes ☒ No

   If "Yes" describe the property and state its value:

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support:

I declare under penalty of perjury that the above information is true, correct, and complete.

_7/25/04_
Date

_Daniel Silva_
Signature of Applicant

---

# CERTIFICATE
(To be completed by the institution of incarceration for incarcerated persons)

I hereby certify as follows:

  The Applicant has the sum of $_____ on account to his/her credit at this institution.

  During the past six months the Applicant's average monthly balance was $_____

  During the past six months the Applicant's average monthly deposits were $_____

  A ledger sheet showing the past six months' transactions:
    ☐ is attached       ☐ is not available at this institution.

_____                    _____
Date                              Signature of Authorized Officer