FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE
CIVIL RIGHTS ACT, 42 U.S.C. § 1983, WITH JURISDICTION
UNDER 28 U.S.C. § 1343

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

Daniel Silva )
[Enter above the full name of )
the plaintiff in this action] )
)
)
v. )           Docket no.
)
Essex County Correctional Facility, et. al. )
)
Sheriff Cousin - Lynn Hanson - Howard Canusco )
)
Peabody Police Dept. Sgt. Sheila McDaid )           JURY DEMAND
[Enter above the full name of et. al. )
the defendant(s) in this action] )

All Defendants Sued in their Professional and Personal Capacity

1. Previous Lawsuits

    1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?    Yes [ ]    No [X]

    2. If your answer to "A" is yes, describe the lawsuit in the space below. [If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline]

        1. Parties to this previous lawsuit

            Plaintiff(s) _____

            Defendant(s) _____
            _____

        2. Court [If federal court, name the district; if state court, name the county]
        _____

        3. Docket number

4. Name of judge whom case was assigned _____

5. Outcome [for example: It is still pending? Was it dismissed? Was it appealed] _____

6. Approximate date of filing lawsuit _____

7. Approximate date of outcome _____

II. Place of present confinement _Maine State Prison, 807 Cushing Rd, Warren, Me. 04864_

A. Is there a prisoner grievance procedure in this institution?
Yes [ ]    No [X]

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?    Yes [ ]    No [ ]

C. If your answer is "Yes"

1. What steps did you take? _____

2. What was the result? _____

III. Parties

[In item "A" below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.]

A. Name of Plaintiff _Daniel Silva_

Address _Maine State Prison - 807 Cushing Rd., Warren, Me. 04864_

[In item "B" below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item "C" for the names, positions, and places of employment of any additional defendants.]

B. Name of Defendant _Sheriff Cousin - Lynn Hanson - Howard Canusco_

Position _Lynn Hanson Caseworker - Keeper of Record Howard Canusco_

Address _(All) Essex County Correctional Facility - P.O. Box 807 Middleton, Mass. 01949_

C. Additional Defendant(s) _Lynn Hanson - Sgt. at the Peabody Police Dept._

IV. Statement of Claim

[State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.]

"See Attached"

22. Relief

[State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.]

"See Attached"

_[signature]_
Signature of Plaintiff

Signed this __6__ day of _August_, 2004

I declare under penalty of perjury that the foregoing is true and correct.

_8/6/2004_
Date

_[signature]_
Signature of Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF _NEW Jersey_

Daniel Silva,

    Plantiff,

           v.

Essex County Correctional Facility et. al.

Peabody Police Department Sergeant Sheila McDaid, et. al.

Sheriff Cousin; Lynn Hanson; Howard Canusco

    Defendants,

    Sued in Professional and Personal Capacity.

STATEMENT OF CLAIM - RELIEF REQUEST

Docket No.:_____

JURY DEMAND

## STATEMENT OF CLAIM

False Imprisonment - Fourteenth constitutional right violation pursuant to the liberty interest clause - equal protection and the due process clause; Eight amendment violation for cruel and unusual punishment created by severe emotional and mental distress caused by each named defendants for their personal and professional action when they entered into a conspiracy to deliberately falsify official government documents to cause me to be held in the prison, which the defendants did while acting under color of law.

In support of these claims the plaintiff states as follows:

A) On or about 7/5/02, I was sentenced under docket numbers: 018CR001771 & 0186CR001776, to serve nine (9) months with credit for 153 days spent within a voluntary salvation army program;

B) Upon my incarceration my release date was to be on or about September 12, 2002. I was not released into the State of Maine custody until January 31, 2003. This is 153 days past my release date ORDERED at sentencing by the court;

C) Upon my incarceration I received notice from the record keeper, Mr. Howard Canusco, of the Essex County Correctional Facility of my September release date;

D) Within weeks of my incarceration it became known to the Peabody Police Dept. and Sgt. Sheila McDaid that I had pending charges in the State of Maine. Despite a NO EXTRADITION ORDER, Sgt. McDaid, Sheriff Cousin, Lynn Hanson and Howard Canusco, while acting under the color of the law, entered into a conspiracy to falsify official government documents to deliberately cause me to be falsely imprisoned;

E) After I complained to Caseworker, Mr. Peter Micheal, he had 90 days taken off my time to serve to which the record keeper intervened and had the time 90 days reinstated to cause me to serve;

F) I was unable to receive any due process protection. In fact the defendants who had a duty owed to me to protect my legal rights and constitutional rights did while acting under the color of the law intentionally violated these rights, The defendants did so for personal reasons while acting in their professional capacity.

It as not until I was able to contact my attorney who in turn contacted the court which had effect to cause the State of Maine to extradite me from Massachusetts. I was never allowed to be release in Massachusetts after I completed my sentence there despite the fact that at the time Maine did not have any extradition order for me.

2