District of Mass.

Clerk of Courts

In Re Silva v. Essex County et.al.

Docket No. 04 CV 11769 NG

Dear Clerk;

Please Note That the 1983 civil complaint filed had a Type O which cause the jurisdiction To Read (District of New Jersey) This should have been District of Mass. Can you please correct.

Thank you for your Time.
Please Advise

8/11/04  Daniel Silva