UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Daniel Silva,

        Plaintiff,

  v.

Essex County Correctional Facility, et al.,

        Defendants.

Civil Action No. 04-11769-NG

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES

GERTNER, District Judge.

Now before the Court is plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit:

FINDINGS

The Court finds the following:

A.   Is plaintiff a "prisoner" as defined in 28 U.S.C. § 1915(h)?

      Yes ☒   No ☐

B.   Is a filing fee, under 28 U.S.C. § 1915(b), to be assessed at this time?

    1. Yes ☐   Plaintiff is obligated to pay the statutory filing fee immediately. See 28 U.S.C. § 1915(b)(1). ($150.00 for a civil action or $105.00 for a notice of appeal).

    2. Yes ☒   An initial partial filing fee of $10.24 is assessed pursuant to 28 U.S.C. § 1915(b)(1). The remainder of the fee $139.76 is to be assessed in accordance with 28 U.S.C. § 1915(b)(2).

    3. Yes ☐   Plaintiff has proffered evidence of being without funds for six months and being currently without funds. Under 28 U.S.C. § 1915(b)(2), plaintiff is assessed an obligation to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account each time it exceeds $10.00 towards the payment of the

    $150.00 filing fee.

 4. No ☐ Plaintiff is not assessed a filing fee at this time.

C. After screening pursuant to 28 U.S.C. § 1915 and/or 28 U.S.C. § 1915A, which, if any, of the following findings does the court make?

 1. Has the court determined that the complaint is frivolous, malicious, or fails to state a claim upon which relief may be granted?

  No ☐  Yes ☒  as to the claims against defendant(s)
        __Essex County Correctional Facility__

 2. Has the court determined that the complaint seeks relief from a defendant or defendants who are immune from such relief?

  No ☒  Yes ☐  as to the claims against defendant(s)
        _____

 3. 42 U.S.C. § 1997e, Sec. 7(g)(2):

  "The court may require any defendant to reply to a complaint . . . if it [the court] finds that the plaintiff has a reasonable opportunity to prevail on the merits."

  Has the court first, determined that the complaint is sufficient to satisfy the pleading requirements for stating a cognizable claim and, second, found that the plaintiff has a reasonable opportunity to prevail on the merits on the remaining claims in the complaint against one or more defendants?

  a. Yes ☐ The court has so determined and found as to defendant(s)

  b. No ☒ because the court has determined that the complaint does not satisfy pleading requirements for stating a cognizable claim against
    ☐ all defendants ☒ the defendant(s)
      __Essex County Correctional Facility__

    c. No ☐    because the court has determined that the likelihood that plaintiff will prevail on the merits falls short of the "reasonable opportunity" standard of the statute, as to claims against

        ☐ all defendants    ☐ the defendant(s)

    _____

    _____

    d. Cannot say

        ☒ It is not feasible for the Court to make a determination on these questions on the present record as to the remaining claims against

        ☐ all defendants    ☒ the defendant(s)

        Peabody Police Department
        Sergeant Sheila McDaid
        Sergeant Lynn Hanson
        Sheriff Frank Cousins
        Howard Canusco

## ORDERS

Based upon the foregoing, it is ORDERED:

1. May the application to proceed without prepayment of fees be GRANTED?

    Yes ☒    No ☐

2. If a finding is made under paragraph B above, is it a provisional finding that is subject to early modification?

    Yes ☒    No ☐

If the above answer is Yes, the following applies: If the plaintiff files, within 35 days of the date of this Order, either a certified copy of his/her prison trust account, or a statement signed by plaintiff under the pains and penalties of perjury, showing eligibility to proceed in this action without paying a filing fee or without payment of as much as found in paragraph B above to be assessed the plaintiff, the court will consider the certificate or statement in determining whether to modify paragraph B.

3. Is it FURTHER ORDERED, in accordance with 28 U.S.C. § 1915(b)(2), that the clerk send a copy of this Order to the institution having custody of plaintiff?

    Yes ☒    No ☐

4. Is it FURTHER ORDERED that the Clerk issue summons and the United States Marshal serve a copy of the complaint, summons, and this order as directed by the plaintiff with all costs of service to be advanced by the United States?

    No ☐        Yes ☒ ☐ as to all defendants

    ☒ only as to defendants
    Peabody Police Department
    Sergeant Sheila McDaid
    Sergeant Lynn Hanson
    Sheriff Frank Cousins
    Howard Canusco

5. Is it FURTHER ORDERED that the Clerk dismiss certain claims in this action ?

    No     ☐        Yes ☒ ☐ as to all defendants

    ☒ only as to defendant(s)
    <u>    Essex County Correctional Facility    </u>

6. a. Although defendant(s) may not have been served with a summons and complaint, are the defendant(s) invited but not required to file an answer to aid the court in reaching a prompt final disposition on the merits?

    No ☐        Yes ☐☐ as to all defendants

    ☐ only as to defendant(s)

    OR

    b. If the defendant(s) have been served with a summons and complaint, are the defendant(s) required to reply within the time specified in the summons?

    No     ☐        Yes ☒ ☐ as to all defendants

    ☒ only as to defendants
    Peabody Police Department
    Sergeant Sheila McDaid
    Sergeant Lynn Hanson
    Sheriff Frank Cousins
    Howard Canusco

<u>October 29, 2004</u>            <u>/s/ Nancy Gertner</u>
DATE                    UNITED STATES DISTRICT JUDGE