UNITED STATES DISTRICT COURT

C.A. NO: 04-11769-NG

DANIEL SILVA,
    Plaintiff,

v.

SHERIFF FRANK COUSINS, ET AL,
    Defendants.

## ANSWER OF DEFENDANT SHEILA MCDAID

### I.    INTRODUCTION

The pro se plaintiff brings this claim for alleged civil rights violations pursuant to the Fourteenth Amendment (false imprisonment, equal protection and due process) and the Eighth Amendment (cruel and unusual punishment caused by severe emotional and mental distress).

To the extent that the plaintiff's first paragraph, entitled "Complaint/Statement of Claim," alleges any allegations, the Defendant denies each and every allegation.

### II.    FACTS

The plaintiff does not enumerate in chronological paragraph order allegations to support his complaint pursuant to F. R. Civ. P. 8(a). Notwithstanding this deficiency, the defendant responds as follows to the lettered paragraphs of the plaintiff's Complaint/Statement of Claim.

A.    The defendant is without sufficient information to admit or deny the allegations contained in paragraph A.

B.    The defendant is without sufficient information to admit or deny the allegations contained in paragraph B.

C.    The defendant is without sufficient information to admit or deny the allegations contained in paragraph C.

D. The defendant denies the allegations contained in paragraph D.

E. The defendant is without sufficient information to either admit or deny the allegations contained in paragraph E.

F. The defendant is without sufficient information to either admit or deny the allegations contained in paragraph F.

To the extend that there are any allegations made in this Complaint/Statement of Claim, they are hereby denied.

## DEMAND FOR JURY TRIAL

The defendant requests a trial by jury on all counts.

## AFFIRMATIVE DEFENSES

### First

The plaintiff has failed to state a claim upon which relief can be granted.

### Second

The plaintiff has failed to comply with the Prison Reform Litigation Act and the requirements therein.

### Third

The plaintiff has failed to comply with the statute of limitations.

### Fourth

The plaintiff has waived liability against the defendant.

### Fifth

The plaintiff is estopped from claiming liability against the defendant.

**Sixth**

The plaintiff has released the defendant from liability.

**Seventh**

The defendant is qualifiedly immune from liability to the plaintiff.

**Eighth**

The plaintiff has failed to exhaust all of his administrative remedies.

                              Defendant, Sheila McDaid,
                              By her attorneys,

                              Douglas I. Louison BBO# 843761
                              Stephen C. Pfaff BBO# 553057
                              Merrick, Louison & Costello, LLP
                              67 Batterymarch Street
                              Boston, MA 02110
                              (617) 439-0305

**CERTIFICATE OF SERVICE**

I, Stephen C. Pfaff, hereby certify that on the _2nd_ day of _December_, 2004, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to Daniel Silva, Maine State Prison, 807 Cushing Road, Warren, ME 04864.

                              Stephen C. Pfaff