U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Daniel Silva | COURT CASE NUMBER: 04-11769-NG |
| DEFENDANT: Lynn Hanson, Case Worker | TYPE OF PROCESS: Civil |

SERVE ➡ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Lynn Hanson

AT ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 20 Manning Road, Middleton, MA 01949

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

- Number of process to be served with this Form - 285:
- Number of parties to be served in this case:
- Check for service on U.S.A.:

*RECEIVED U.S. MARSHAL SERVICE BOSTON, MA 2004 NOV 18 P*

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Lynn Hanson Case Worker  
Essex County Correctional Facility  
20 Manning Road  
Middleton, MA 01949  
(978)-750-1900

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT  
/s/ Daniel Silva  
TELEPHONE NUMBER: N/A  
DATE: 11/8/04

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)  
Total Process: 1  
District of Origin No. 36  
District to Serve No. 38  
Signature of Authorized USMS Deputy or Clerk: Nancy Talavera  
Date: 11/18/04

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): ECCF OPS. DESK  
☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above): SAME  
Date of Service: 11/27/04  Time: 6:30 pm  
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

DANIEL SILVA
        Plaintiff

V.

SHERIFF FRANK COUSINS, ET AL.
        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE     04-11769-NG

TO: (Name and address of Defendant)

**SERGEANT LYNN HANSON**
Essex County Correctional Facility
20 Manning Road
Middleton, MA. 01949

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**DANIEL SILVA, pro se**
Maine State Prison
807 Cushing Road
Warren, ME. 04864

an answer to the complaint which is herewith served upon you, _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM RUANE, ACTING CLERK**
CLERK

*Rebecca Greenberg*
(By) DEPUTY CLERK

DATE     11/1/04