UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Daniel Silva,
                Plaintiff,

                                  Civil Action No. 04-11769-NG

    v.

Essex County Correctional Facility, et al.,
                Defendants.

**NOTICE OF COMPLETED PAYMENT OF PRISONER FILING FEE**

To:    THE TREASURER'S OFFICE AT <u>MAINE STATE PRISON, 807 CUSHING ROAD, WARREN, ME 04864</u> AND TO ANY TREASURER'S OFFICE AT FACILITIES TO WHICH THE INMATE NAMED ABOVE MAY BE TRANSFERRED

PLEASE TAKE NOTICE THAT:

Plaintiff, a prisoner proceeding <u>pro se</u> and <u>in forma pauperis</u>, has fulfilled his obligation to pay the statutory filing fee of $150.00 for this action. <u>See</u> 28 U.S.C. § 1915(b)(1).

The Treasurer's Office at the institution designated above is no longer required to send to the Clerk of the Court monthly payments from the plaintiff's prison trust account in regards to the filing fee for this case.

                                              WILLIAM RUANE, ACTING CLERK

<u>12/21/04</u>                               By:    <u>/s/ Jeanette McGlamery</u>
Date                                         Deputy Clerk
cc: Plaintiff