UNITED STATES DISTRICT COURT

C.A. NO: 04-11769-NG

DANIEL SILVA,
Plaintiff,

v.

SHERIFF FRANK COUSINS, ET AL,
Defendants.

## ANSWER OF DEFENDANTS SHERIFF FRANK COUSINS, ESSEX COUNTY SHERIFF'S DEPARTMENT, LYNN HANSON, HOWARD CAMUSO AND SHEILA MCDAID

### I.   INTRODUCTION

The pro se plaintiff brings this claim for alleged civil rights violations pursuant to the Fourteenth Amendment (false imprisonment, equal protection and due process) and the Eighth Amendment (cruel and unusual punishment caused by severe emotional and mental distress).

To the extent that the plaintiff's first paragraph, entitled "Complaint/Statement of Claim," alleges any allegations, the Defendants deny each and every allegation.

### II.   FACTS

The plaintiff does not enumerate in chronological paragraph order allegations to support his complaint pursuant to F. R. Civ. P. 8(a). Notwithstanding this deficiency, the defendant responds as follows to the lettered paragraphs of the plaintiff's Complaint/Statement of Claim .

A.   The defendants are without sufficient information to admit or deny the allegations contained in paragraph A.

B.   The defendants are without sufficient information to admit or deny the allegations contained in paragraph B.

C. The defendants are without sufficient information to admit or deny the allegations contained in paragraph C.

D. The defendants deny the allegations contained in paragraph D.

E. The defendants are without sufficient information to either admit or deny the allegations contained in paragraph E.

F. The defendants are without sufficient information to either admit or deny the allegations contained in paragraph F.

To the extend that there are any allegations made in this Complaint/Statement of Claim, they are hereby denied.

## DEMAND FOR JURY TRIAL

The defendants request a trial by jury on all counts.

## AFFIRMATIVE DEFENSES

### First

The plaintiff has failed to state a claim upon which relief can be granted.

### Second

The plaintiff has failed to comply with the Prison Reform Litigation Act and the requirements therein.

### Third

The plaintiff has failed to comply with the statute of limitations.

### Fourth

The plaintiff has waived liability against the defendants.

**Fifth**

The plaintiff is estopped from claiming liability against the defendants.

**Sixth**

The plaintiff has released the defendants from liability.

**Seventh**

The defendants are qualifiedly immune from liability to the plaintiff.

**Eighth**

The plaintiff has failed to exhaust all of his administrative remedies.

**Ninth**

Any of alleged injuries sustained by the plaintiff and the direct result of his own acts and or omissions or that of a third party.

**Tenth**

None of the allegations of the complaint amount to a federal or state constitutional or statutory violation.

 

Defendants, Sheriff Frank Cousins, Essex
County Sheriff's Department, Lynn Hanson
and Howard Camuso,
By her attorneys,

_____
Douglas I. Louison BBO# 543761
Stephen C. Pfaff BBO# 553057
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

## CERTIFICATE OF SERVICE

I, Stephen C. Pfaff, hereby certify that on the ___ day of __December__, 2004, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to Daniel Silva, Maine State Prison, 807 Cushing Road, Warren, ME 04864.

_____
Stephen C. Pfaff

P:\Silva v. Essex and Peabody\MPA McDaid\Answer of Cousins.wpd