Daniel Silva
Maine State Prison
807 Cushing Road
Warren, Me. 04864

United States District Court
1 CourtHouse Way, Suite 2300
Office of The Clerk
Boston, Ma. 02210

January 3, 2005

**RE: Civil Action Case 04-11769-NG**

Dear Ms. Greenberg,

On November 30, 2004, I received a response motion from Attorney Stephen C. Pfaff for Sheila McDaid a defendant named in my civil action. I am unsure if I need to respond to this motion at this time.

Due to my lack of knowledge and understanding of the legalities of this civil claim and the law surrounding my civil action, I am in need of assistance of counsel. My present of being incarcerated in Maine State Prison completely hinders me from obtaining an attorney to assist me in these very important stages of my civil claim. If the court can provide me with assist of counsel or a list of attorneys who may assist me with my claim that will be greatly appreciated.

Thank you for your time and understanding to my concerns.

Sincerely,

Daniel Silva