# United States District Court
# District of Massachusetts

DANIEL SILVA,
    Plaintiff,

V.                      CIVIL ACTION NO. 2004-11796-NG

SHERIFF COUSIN, LYNN HANSON,
HOWARD CANUSCO,
PEABODY POLICE DEPARTMENT,
SHEILA McDAID,
    Defendants.

## *ORDER*

COLLINGS, U.S.M.J.

    It appears to the Court that the First, Second, Third, Fourth, Fifth, Sixth, Eighth and Tenth Affirmative Defenses contained in the Answer (#11) raise primarily questions of law which should be resolved prior to commencement of discovery either by way of a motion to dismiss or a motion for summary judgment.

    Accordingly, counsel for the defendants is ORDERED to file a memorandum of law in support of each of the above-enumerated eight defenses **on or before the close of business on Thursday, March 31, 2005;**

the memorandum may be accompanied by a motion to dismiss or for summary judgment.[1]

The plaintiff shall file and serve a response/opposition to any memorandum (and motions) filed by the defendants *on or before the close of business on Friday, April 29, 2005.*

/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judge

Date: February 25, 2005.

---

[1] In the alternative, the defendants may choose to waive one or more of the designated affirmative defenses.