UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL SILVA,<br>    Plaintiff,<br><br>    v.<br><br>SHERIFF FRANK COUSINS, ET AL.,<br>    Defendants. | CIVIL ACTION NO.<br>04-11769-NG |

ORDER VACATING ORDER #18

On January 12, 2005, Plaintiff submitted a letter to the Court requesting appointment of counsel. On February 25, 2005, this Court issued an Order (#18) denying the motion for counsel without prejudice to renewing after the Defendants have filed a dispositive motion or the motion deadline has expired, provided Plaintiff made a showing of exceptional circumstances warranting appointment of *pro bono* counsel. The Order further indicated that a scheduling conference would be set in order to establish a discovery and/or briefing schedule in this action. The Order also indicated that Plaintiff was not required to file any responses to any pleadings filed by the defendants in this action, pending the scheduling conference.

However, on February 24, 2005 this case was referred to Magistrate Judge Collings for pretrial proceedings (#16). On February 25, 2005, Magistrate Judge Collings entered an Order directing the Defendants to file a memorandum of law by March 31, 2005, and directing that Plaintiff file an opposition or response by April 19, 2005. The docket does not reflect Defendants' compliance with this Order.

In light of the prior referral of this case to Magistrate Judge Collings for pretrial proceedings,

the Order on Plaintiff's Request for Appointment of Counsel (#18) is hereby VACATED, to the extent that the Order references that a scheduling conference and discovery and motion schedule will be set by this Court. The Order of Magistrate Judge Collings supersedes Order #18.

Any renewed motion for appointment of counsel shall be directed to Magistrate Judge Collings for consideration.


DATED: April 7, 2005                    /s/ Nancy Gertner
                                        NANCY GERTNER
                                        UNITED STATES DISTRICT JUDGE