UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-11769-NG

DANIEL SILVA,
        Plaintiff,

v.

ESSEX COUNTY CORRECTIONAL
FACILITY, SHERIFF FRANK COUSINS,
LYNN HANSON, HOWARD CANUSCO,
PEABODY POLICE DEPARTMENT,
SGT. SHEILA MCDAID,
        Defendants.

**DEFENDANTS' MOTION TO FILE LATE THEIR
MOTION FOR JUDGMENT ON PLEADINGS**

Now come the defendants and hereby move this honorable court to allow them to file late

by two weeks their Motion for Judgment on Pleadings.

This court had issued an order on February 25, 2005 asking that the defendants file a

dispositive motion on or about March 31, 2005.  However, on the same day that this court

(through the Honorable Magistrate Robert Collins) issued the order, the Honorable Nancy

Gertner also issued an order indicating that the case would be set down for an upcoming

scheduling conference.  Defense counsel believed that the scheduling conference order

superceded Magistrate Collins order for the filing of a dispositive motion on March 31, 2005.

However, that dilemma was rectified on April 7, 2005 when Judge Gertner issued a

further order indicating that in fact Magistrate Collins' order for the dispositive motion

superceded her discovery order of February 25, 2005.

WHEREFORE, the defendants move this honorable court to allow their Motion to File Late there dispositive motion which is accompanying this motion hereto.

> Defendant, Cousins, Hanson, Canusco and McDaid,
> By his attorneys,
>
> /s/Stephen C. Pfaff
> Douglas I. Louison BBO# 545191
> Stephen C. Pfaff BBO# 553057
> Merrick, Louison & Costello, LLP
> 67 Batterymarch Street
> Boston, MA 02110
> (617) 439-0305

## CERTIFICATE OF SERVICE

I, Stephen C. Pfaff, hereby certify that on the 15th day of April, 2005, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to Daniel Silva, pro se, Maine State Prison, 807 Cushing Road, Warren, ME 04864.

> /s/Stephen C. Pfaff
> Stephen C. Pfaff