UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-11769-NG

DANIEL SILVA,
    Plaintiff,

v.

ESSEX COUNTY CORRECTIONAL
FACILITY, SHERIFF FRANK COUSINS,
LYNN HANSON, HOWARD CANUSCO,
PEABODY POLICE DEPARTMENT,
SGT. SHEILA MCDAID,
    Defendants.

### MOTION FOR JUDGMENT ON THE PLEADINGS OF DEFENDANTS SHERIFF FRANK COUSINS, ESSEX COUNTY SHERIFF'S DEPARTMENT, LYNN HANSON, HOWARD CANUSCO AND SHEILA MCDAID

**I.  STATEMENT OF THE CASE**

The pro se plaintiff who is incarcerated in a Maine State Penitentiary, alleges eight and fourteenth amendment violations against the defendants "for their personal and professional action when they entered in a conspiracy to deliberately falsify official government documents to cause me to be held in the prison..."

From what can be deciphered from the Complaint, the plaintiff is apparently alleging that he is entitled to certain credit time while he was incarcerated so that his release date after being incarcerated on July 5, 2002 should have been on or about September 12, 2002. Instead, the plaintiff alleges that he was not released until January 31, 2003.

**II.  STATEMENT OF THE FACTS**

The plaintiff alleges that on or about July 5, 2002, he was sentenced to imprisonment to serve nine months with a credit of 153 days "with any salvation army program." (Complaint, p.

1, paragraph A).  The plaintiff contends that upon his incarcerated his release date was to be on or about September 12, 2002 but he was not released on January 1, 2003 - - 153 days past his release date which would have been on September 12, 2002 had he been allegedly properly credited 153 days credit time while in prison.  (Id. at paragraph B).

Upon his release from the Essex County Correctional Facility, the plaintiff was immediately handed over to the State of Maine for incarceration for crimes in that state.  The plaintiff remains incarcerated in the State of Maine.

## III.     ARGUMENT

**The Defendant's Motion For Judgment On The Pleadings Pursuant To F.R.Civ.P. 12(c) Should Be Granted Because There Are No Mateerial Disputes And The Defendants' Are Entitled To Judgment As A Matter Of Law.**

### a.     **Essex County Correctional Facility**

The Essex County Correctional Facility is not a legally distinct entity for which a plaintiff can sue.  See Stratton v. City of Boston, 731 F. Supp. 42, 45 (D. Mass. 1989).  The Essex County Correctional Facility is simply a facility within Essex County and thus is a subdivision of the Commonwealth of Massachusetts.  Accordingly, any and all claims against the Essex County Correctional Facility should be dismissed as they are not a recognized entity to be sued.

### b.     **The Petitioner Has Failed to State a Claim Upon Which Relief Can Be Granted**.

No where in the body of the complaint does the petitioner allege any wrongdoing against the defendants Cousins, Hanson, Canusco and McDaid.  Indeed, it is apparent that the only reason that Cousins, Hanson, Canusco and McDaid are named as a defendants is apparently because of the petitioner's incarceration in that facility.

Secondly, the petitioner has challenged the calculation of his parole edibility date, thus challenging the aggregation of the parole ineligibility periods of his various sentences. Such a challenge must be made against the Massachusetts Parole Board. MGL ch. 127, § 133. It is the Parole Board that has subject jurisdiction over any allegations that a prisoner is not afforded due process. See <u>Commonwealth v. Hogan</u>, 17 Mass App. Ct. 186 (1983), review denied 391 Mass 1101 (1983).

## IV. <u>CONCLUSION</u>

For all the reasons expressed above, the defendants request this court grant their Motion for Judgment on the Pleadings.

        Defendant, Cousins, Hanson, Canusco and McDaid,
By his attorneys,

/s/Stephen C. Pfaff
Douglas I. Louison BBO# 545191
Stephen C. Pfaff BBO# 553057
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

### CERTIFICATE OF SERVICE

I, Stephen C. Pfaff, hereby certify that on the 15th day of April, 2005, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to Daniel Silva, pro se, Maine State Prison, 807 Cushing Road, Warren, ME 04864.

/s/Stephen C. Pfaff
Stephen C. Pfaff

Case 1:04-cv-11769-NG    Document 21    Filed 04/15/2005    Page 4 of 4