UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 APR 27 P 12: 45

U.S. DISTRICT COURT
DISTRICT OF MASS

DANIEL SILVA, )
)
       Plaintiff, )
)
   v. )   CIVIL ACTION NO.
)   04-11769-NG
SHERIFF FRANK COUSINS, ET AL., )
)
       Defendants. )

## MOTION FOR ENLARGEMENT OF TIME TO FILE AN OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON PLEADINGS

The respondents' counsel has filed a dispositive motion pursuant to an order issued on February 25, 2005, by Honorable Magistrate Robert Collins. However, the motion is filed <u>fifteen days</u> late. The plaintiff now humbly requests that the court grant an enlargement of time to file an opposition to the respondents' dispositive motion.

This court had issued an order on February 25, 2005, asking that the defendants file a dispositive motion on or before March 31, 2005. The order further indicated that the plaintiff must file a response or an opposition to any dispositive motion filed by the respondents by April 29, 2005. The defendants disregarded the honorable court's order and filed their dispositive motion <u>fifteen days</u> after the deadline to file their dispositive motion had expired. Furthermore, the respondents never requested the honorable court for an enlargement of time before the the dispositive motion deadline had expired.

1

The reason for the plaintiff's request that the court allow a longer period of time for filing a response/opposition to defendants' dispositive motion is that the plaintiff is also submitting a motion to dismiss the defendants' motion to file late their despositive motion. The plaintiff fully expects the court to grant the motion to dismiss, thus obviating the need to file a response/opposition to the defendants' dispositive motion.

It is in order to avoid an unnecessary expenditure of time and other resources on behalf of the plaintiff and the court that the plaintiff is requesting this enlargement of time.

If, for some reason, the court does not grant the motion to dismiss, the plaintiff requests for an enlargement of time until five weeks after receipt of the court's decision on the plaintiff's motion to dismiss to file a response/opposition to the respondents' dispositive motion. Granting this enlargement of time would not prejudice the respondents. This motion for an enlargement of time is pursuant to Civ.R. 6(b) or Civ.R. 60(b).

Dated: 4/23/05

Respectfully submitted,

Daniel Silva
Plaintiff, pro se
Maine State Prison
807 Cushing Road
Warren, ME 04864-4600

2

## CERTIFICATE OF SERVICE

I, Daniel Silva, certify that I have served the foregoing by causing a copy to be mailed, postage pre-paid, directed to the Office of the Honorable Clerk, United States District Court, 1 Courthouse Way, Suite 2300, Boston, MA 02210. Further, I certify that I have served the foregoing by causing a copy to be mailed, postage pre-paid, directed to Mr. Stephen C. Pfaff, counsel for defendants' at the following address: Merrick, Louison & Costello, LLP; Attorneys at law; 67 Batterymarch Street; Boston, MA 02110

Dated: 4/23/05

*Daniel Silva*

Daniel Silva
Plaintiff, pro se
Maine State Prison
807 Cushing Road
Warren, ME 04864-4600

3