```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

DANIEL SILVA,                  )
                               )
        Plaintiff,             )
                               )   CIVIL ACTION
             v.                )   04-11769-NG
                               )
SHERIFF FRANK COUSINS, ET AL., )
                               )
        Defendants.            )

## AFFIDAVIT OF DANIEL SILVA

I, Daniel Silva, duly sworn, depose and state the following statements are true and correct based upon my personal knowledge and understanding.

1. I currently reside at the Maine State Prison located in the town of Warren, Maine. I do not have any formal education or training in the field of law. I have filed this law suit as a pro-se plaintiff.

2. As a reasonable person, reviewing the limited record currently in my possession, concerning this matter, I came to the conclusion that I had been wronged by the named defendants. I made the decision to file this complaint against these named individuals believing, among other things, that they violated my Fourteenth Amendment right to due process and my Eight Amendment right to be free from cruel and unusual punishment by subjecting me to

false imprisonment. I list the following facts in support of my claim which would entitle me to relief.

I was sentenced on or about July 5, 2002, to serve nine (9) months at the Essex County Correctional Facility. Deduction of 153 days was granted to me towards this sentence for the time spent (153 days) in a voluntary Salvation Army program. If the deductions would have been properly applied, and with the earned good time added to it, I should have been released from the Essex County Correctional Facility approximately in September of 2002. However, on or about January 31, 2003, I signed my extradition paper issued by the state of Maine. I was transfered to Maine on or about February 5, 2003. I believe that I was falsely imprisoned from September of 2002 to January 31, 2005.

Dated: 6/22/05

Daniel Silva

STATE OF MAINE

KNOX, SS

Personally appeared before me this 22nd day of June 2005, the above-named Daniel Silva, and made oath that the above-stated facts are true based upon his personal knowledge and understanding.

Notary Public
BRIAN L. ABBOTT
Notary Public • Maine
My commission expires November 28, 2008