# United States District Court
# District of Massachusetts

DANIEL SILVA,
    Plaintiff,

V.                            CIVIL ACTION NO. 04-11769-NG

ESSEX COUNTY CORRECTIONS FACILITY,
PEABODY POLICE DEPARTMENT,
SERGEANT SHEILA McDAID,
SHERIFF COUSIN,
LYNN HANSEN,
HOWARD CANUSCO,
    Defendants.

## ORDER

COLLINGS, U.S.M.J.

    Since the Order of Reference (#16) to the undersigned United States Magistrate Judge specified that the case was not referred for dispositive motions, the file is RETURNED to the Clerk's Office in order for Judge Gertner to decide the Motion for Judgment on the Pleadings, Etc. (#21).

                                      /s/ *Robert B. Collings*
                                      ROBERT B. COLLINGS
                                      United States Magistrate Judge

Date: July 18, 2005.