Daniel Silva
807 Cushing Road
Maine State Prison
Warren Maine 04864

10/4/05

Clerk of Courts
United States District Court
1 Courthouse Way
Boston Mass 02210

RE Daniel Silva v. Sheriff Frank Cousins, et AL
USDC. CA. NO: 04-11769-NG

Dear Sir/Madam

I'm writing in regard to finding out the present status of my pending case. Over 2 months has now passed and I haven't heard from the Court.

Could you Please inform me with an update to the status of my case if at all Possible Please.

Respectfully

Daniel Silva #55754