January 16, 2006

Clerk of the Court
Attn: Mary Ellen Malloy
United States District Court
John Joseph Moakley
U.S. Court house
1 Court house
Boston, MA 02210

RE:   Daniel Silva v. Sheriff Frank Cousins, et al
      USDC CA No. 04-1176-NG

Dear Ms. Malloy:

I am confused and request your help.

First, the copy of the "Notice of Electronic Filing", filed by the defendants' on January 4, 2006, which you sent me did not include the records the court had ordered the defendants' to file within thirty days of the court's order. Did the defendant file the record separately and at a later date?

Second, the aforementioned document states in pertinent part: "Defense council shall coordinate with Essex County to have Mr. Silva available to participate by Telephone." I am currently in the custody of the Maine Department of Corrections and housed at the Maine State Prison in Warren, Maine. Therefore, please explain to me in detail the arrangements the Defense Counsel has made for me to participate by telephone in this conference.

Third, I am a pro-se, semi-literate inmate and I have no idea as to why this conference has been scheduled or what will be the subject of discussions in this conference. I would greatly appreciate your help if you would please let me know briefly the agenda of this conference.

Four, at this time I also request that conference be transcribed for record purposes.

Five, I had previously requested the court in my response to the defendant's motion for judgment on pleading which I filed on June 22, 2005, to allow me the opportunity to amend my complaint. I did not see anything regarding this matter in the Court's Order of December 2, 2005. Will this be discussed in the conference?

Six, the Court ordered the defendants' to provide the plaintiff "within thirty days of the date of the order..plaintiff's institutional record...**any documents**

on which the plaintiff's release date was calculated", (emphasis added). Not only the defendants' missed the deadline for filing the record they also did not file a complete record of the plaintiff's institutional record.

I would like the record to reflect these facts. The record was filed on January 4, 2006 and I received a copy of the record on January 13, 2006. Furthermore, the record filed by the defendants' is incomplete. Missing from the record filed by the defendants' are records/reports/documents including, but not limited to, earned good time report/record, classification record, work participation record, custody/classification record, release date record, etc.

Seven, I request at this time, the court orders the defendants' to immediately file with the court all of the above-mentioned record and provide copies of the record to the plaintiff, preferably at least seven days prior to the scheduled conference date.

In closing, please do not hesitate to contact me should you have any questions, comments or suggestions. I am hoping to hear from you soon. Also, I am simultaneously mailing a copy of this letter to Mr. Stephen C. Plaff, attorney for the defendants. Furthermore, I may also be contacted through telephone, through my caseworker, Ms. Jamie Harnett, at (207) 273-5438, Monday through Friday, at 9:00 to 10:30 am or 1:30 to 3:30 pm.

I thank you in advance for your anticipated help and attention.

Sincerely,

Daniel Silva

Daniel Silva
Pro-se
Maine State Prison
807 Cushing Road
Warren, ME 04864-4600


CC:
Mr. Stephen C. Plaff, Attorney at Law, 67 Batterymarch Street, Boston, MA 02110
File