February 15, 2006

Stephen C. Pfaff
**Attorney at Law**
**Merrick, Louison & Costello, LLP**
67 Batterymarch Street
Boston, MA 02110

FILED
CLERK'S OFFICE

2006 FEB 21  P 3: 28

DISTRICT COURT
DISTRICT OF MASS.

RE:   Daniel Silva v. Sheriff Frank Cousins, et al
      USDC CA No. 04-11769-NG

Dear Mr. Pfaff:

   Thank you for your letter of February 10, 2006, which I received on February 15, 2006. I am sending a copy of your letter along with a copy of this letter to the court, so that these letters may become part of the record in this matter.

   In my previous letter dated January 15, 2006, to the Court (a copy was simultaneously mailed to you), I informed the Court among other things, that I am currently housed in the Maine State Prison in the state of Maine and telephone conference may be arranged through my caseworker, Ms. Jamie Harnett. She can be reached at (207) 273-5438, Monday to Friday, 9:00 – 10:30 am or 1:30 – 3:30 pm. Also, kindly contact her in advance to set-up this conference. More importantly, kindly make arrangements with the Court to have this conference transcribed or recorded for the record.

   Secondly, it appears to me that records that you submitted is not complete. I have mentioned this in my aforementioned letter to the Court.

   Thirdly, pertaining to your question as to how I may "wish to resolve this matter". I am willing to consider your good-faith offer to settle this matter out of Court.

   Please do not hesitate to write to me should you have any question regarding this matter. Thank you for your attention to this matter.

Sincerely, *Daniel Silva* 2/16/06

Daniel Silva
Maine State Prison
807 Cushing Road
Warren, ME 04864


CC: Ms. Mary Ellen Malloy, Clerk of the Court, (With Enc.)
File

## MERRICK, LOUISON & COSTELLO, LLP
ATTORNEYS AT LAW

67 BATTERYMARCH STREET
BOSTON, MASSACHUSETTS 02110

TELEPHONE: (617) 439-0305
FACSIMILE: (617) 439-0325
www.merricklc.com

February 10, 2006

Daniel Silva
Maine State Prison
807 Cushing Road
Warren, ME 04864

RE: **Daniel Silva v. City of Peabody, et al**
USDC CA No. 04-11769-NG

Dear Mr. Silva:

I was unable to arrange a telephone conference between you, the Court and I which was originally scheduled for yesterday, February 9, 2006. The Court has agreed to reschedule the matter for early in March, 2006.

Would you kindly contact me regarding how you wish to resolve this matter.

Thank you for your attention to this matter.

Very truly yours,

Stephen C. Pfaff

Received
2/15/06
4:30 PM