UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-11769-NG

DANIEL SILVA,
    Plaintiff,

v.

ESSEX COUNTY CORRECTIONAL
FACILITY, SHERIFF FRANK COUSINS,
LYNN HANSON, HOWARD CANUSCO,
PEABODY POLICE DEPARTMENT,
SGT. SHEILA MCDAID,
    Defendants.

### DEFENDANTS' RESPONSE TO COURT ORDER OF FEBRUARY 17, 2006

Now come the Defendants and hereby respond to this Court's Order of February 17, 2006, requiring them to supply the Court with a

> "...summary of the way the Plaintiff's sentence was calculated, including an explanation of any good time credit, credit for time served, and any changes that were made to the Plaintiff's release date."

The Defendants hereby offer the following information.

Plaintiff was committed to the Essex County Correctional Facility on October 18, 2001 in Salem District Court for assault and battery, pursuant to M.G.L. Chapter 265, Section 13, Salem Criminal Docket Number 0036 CR 2919. Plaintiff received one year committed, with eleven (11) days credit for time served, as shown on the *mittimus* (order of commitment) issued on October 18, 2001 (Exhibit "A"). Subtracting the eleven days from October 18, 2001, the Plaintiff's effective date for time served was October 7, 2001, with a release date one year from that day, or October 6, 2002.

On July 8, 2002, the Plaintiff was sentenced to an additional nine months committed for the crimes of witness intimidation, pursuant to M.G.L. Chapter 268, Section 13b; and two separate violations of an abuse prevention order.  The Plaintiff was sentenced out of Peabody District Court, and the Criminal Docket Numbers were 0286 CR 0594, 0186 CR 1776, and 0186 CR 1771, respectively.  A *mittimus* was issued that same day, but listed no credit days (Exhibit "B").  A corrected *mittimus* reflected a credit of one hundred and sixty-five (165) days after the last sentence (Exhibit "C"), but was not issued by the Court until January 29, 2003, and was received by the Essex County Correctional Facility on January 30, 2003.  This corrected *mittimus* resulted in the Plaintiff receiving a total credit of 176 days (165 plus the original 11 days from October 18, 2001).

Since the original commitment date was October 18, 2001, the Plaintiff received 176 days of credit, or a sentence effective date of April 25, 2001.  The sentencing date of one year (on the original sentence) and the additional nine months (from the second sentencing) totaled six hundred and thirty-five (635) days.  When the 635 days were added to the new sentence effective date of April 25, 2001 on the corrected *mittimus* (Exhibit "C") of January 29, 2003, the Plaintiff's institutional discharge date became January 19, 2003.  The Essex County Correctional Facility acted to discharge the Plaintiff immediately upon receipt of the corrected *mittimus*–discharging the Plaintiff on January 31, 2003–but re-processing the Plaintiff because of events which had occurred in the state of Maine.

The state of Maine had issued a warrant for the Plaintiff's arrest on January 15, 2003, on a charge of aggravated assault (Exhibit "D").  (Therefore, even if the Plaintiff had been released from custody by the Essex County Correctional Facility on January 19, 2003, he would have been immediately released into the custody of the officials from the state of Maine's prison

system, because of the issuance of the warrant of January 15, 2003.).  Plaintiff was held in Essex County until February 4, 2003, when he was released into the custody of the state of Maine.

        Defendants,
        By their attorney,

        /s/Stephen C. Pfaff
        Stephen C. Pfaff BBO# 553057
        Merrick, Louison & Costello, LLP
        67 Batterymarch Street
        Boston, MA 02110
        (617) 439-0305

## CERTIFICATE OF SERVICE

    I, Stephen C. Pfaff, hereby certify that on the 23rd day of March, 2006, I served the foregoing by causing a copy to be sent via overnight mail, directed to Daniel Silva, *pro se*, Maine State Prison, 807 Cushing Road, Warren, ME 04864.

        /s/Stephen C. Pfaff
        Stephen C. Pfaff