UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-11769-NG

DANIEL SILVA,
    Plaintiff,

v.

ESSEX COUNTY CORRECTIONAL
FACILITY, SHERIFF FRANK COUSINS,
LYNN HANSON, HOWARD CANUSCO,
PEABODY POLICE DEPARTMENT,
SGT. SHEILA MCDAID,
    Defendants.

## MOTION FOR SUMMARY JUDGMENT PURSUANT TO F.R.CIV.P. 56(C) OF DEFENDANTS SHERIFF FRANK COUSINS, ESSEX COUNTY SHERIFF'S DEPARTMENT, LYNN HANSON, HOWARD CANUSCO AND SHEILA MCDAID

Now come the defendants, and hereby move this Honorable Court to allow their Motion for Summary Judgment pursuant to F.R.C.P. 56(c), as there are no disputed material facts and they are entitled to judgment as a matter of law.

Defendant, Cousins, Hanson, Canusco and McDaid,
By his attorneys,

/s/Stephen C. Pfaff
Douglas I. Louison BBO# 545191
Stephen C. Pfaff BBO# 553057
Merrick, Louison & Costello, LLP
67 Batterymarch Street
Boston, MA 02110
(617) 439-0305

CERTIFICATE OF SERVICE

I, Stephen C. Pfaff, hereby certify that on the 12th day of April, 2006, I served the foregoing by causing a copy to be mailed, postage prepaid, directed to Daniel Silva, pro se, Maine State Prison, 807 Cushing Road, Warren, ME 04864.

/s/Stephen C. Pfaff
Stephen C. Pfaff