| MITTIMUS<br>Order of Commitment | ☒ ADULT<br>☐ JUVENILE | COURT DIVISION<br>Salem | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|---|

| NAME, ADDRESS AND DOB OF DEFENDANT | DOCKET NUMBER(S) | OFFENSE(S) (Include Chap. and Sec. of G.L.) | OFFENSE DATE(S) |
|---|---|---|---|
| Daniel Silva<br>27 North main Street<br>Middleton, Mass. 01949<br>DOB:  / /55 | 0036 CR 2919 | A. A&B C265 S13 | |

**WHEREAS THE ABOVE NAMED DEFENDANT HAS ON THIS DATE OF ISSUE BEEN BEFORE THIS DISTRICT COURT ON A COMPLAINT ALLEGING THE OFFENSE(S) LISTED ABOVE:**

☐ The court finds there is just cause to hold the defendant because the accused is unable or unwilling to recognize for his next court appearance in the amount ordered by the court; and
☐ It is adjudged that the defendant is guilty of the offense(s) as shown above and convicted; and
☐ It is adjudged that the defendant is found delinquent of the offenses as shown above; and
☐ Other (specify):

**IT IS THEREFORE ORDERED THAT THE DEFENDANT BE COMMITTED TO THE:**

☒ _Essex H/C_ County Jail/House of Correction } in lieu of $_____ bail and there await his next court appearance at the

☐ Department of Youth Services at _____

A. ☐ _____ District Court on ____ DATE at ____ TIME
B. ☐ _____ District Court jury session on ____ DATE at ____ TIME
C. ☐ Superior Court next to be holden at _____ County.

☒ _ESSEX_ County Jail/House of Correction **and confined there for a period of** _1 year committed credit for time served_

☐ Massachusetts Correctional Institution at _____ **and confined there for a period of** _____

☐ Department of Youth Services at _____ **for a period of** _____

It is further ordered that the defendant receive credit of __11__ days confined awaiting trial.

Other and further orders of this court:

**EXHIBIT A**

12/20/05
True Copy Attest
[signature]
Deputy Sheriff

[Seal: Commonwealth of Massachusetts, Trial Court, Salem Division]

**TO ANY OFFICER AUTHORIZED TO SERVE CRIMINAL PROCESS:**

**WE COMMAND YOU THEREFORE** to convey the said defendant safely to said place of confinement and deliver him to the keeper thereof; and the said keeper is commanded to receive the said defendant into his custody and keep him safely until he is brought before the court, serves his sentence, posts bail as ordered or otherwise is legally discharged.

| WITNESS: | FIRST JUSTICE<br>Samuel E. Zoll | DATE OF ISSUE<br>10/18/20 | CLERK-MAGISTRATE/ASST. CLERK<br>X _Robert F. Arena_<br>CLERK/MAGISTRATE |
|---|---|---|---|

**RETURN OF SERVICE — RECEIPT OF RECEIVING OFFICIAL**

The person making service, named below, has conveyed the defendant to the above named institution and has left with the keeper thereof a copy of this order with the return thereon; and the receiving official, named below, has received said defendant.

| DATE OF SERVICE<br>10-18-01 | TIME OF SERVICE<br>4:40 pm | SIGNATURE OF PERSON MAKING SERVICE<br>X | SIGNATURE OF RECEIVING OFFICIAL<br>X [signature] |
|---|---|---|---|

| MITTIMUS<br>Order of Commitment | [x] ADULT<br>[ ] JUVENILE | COURT DIVISION<br>Peabody | REVISED MITT *** | Court of Massachusetts<br>District Court Department |
|---|---|---|---|---|

| NAME, ADDRESS AND DOB OF DEFENDANT | DOCKET NUMBER(S) | OFFENSE(S) (Include Chap. and Sec. of G.L.) | OFFENSE DATE(S) |
|---|---|---|---|
| Daniel Silva<br>109 Newbury Street Apt 82<br>Peabody, MA -01960<br>/  /55<br>DOB: | 0186CR0244<br>0286CR0594<br>0186CR1776<br>0186CR1771 | 1. A&B 265/13A<br>2. Witness Intimidate 268/13B<br>3. Abuse Prevention order Viol. 209A/7<br>4. Abuse Prevention Order Viol. 209A/7 | 12/28/00<br>8/24/01<br>10/2/01<br>9/27/01 |

**WHEREAS THE ABOVE NAMED DEFENDANT HAS ON THIS DATE OF ISSUE BEEN BEFORE THIS DISTRICT COURT ON A COMPLAINT ALLEGING THE OFFENSE(S) LISTED ABOVE:**

- [ ] The court finds there is just cause to hold the defendant because the accused is unable or unwilling to recognize for his next court appearance in the amount ordered by the court; and
- [x] It is adjudged that the defendant is guilty of the offense(s) as shown above and convicted;
- [ ] It is adjudged that the defendant is found delinquent of the offenses as shown above; an
- [ ] Other (specify):

EXHIBIT B

**IT IS THEREFORE ORDERED THAT THE DEFENDANT BE COMMITTED TO THE:**

- [ ] _____ County Jail/House of Correction ⎱ in lieu of $_____ bail and there await his next court appearance at the
- [ ] Department of Youth Services at _____ ⎰

A. [ ] _____ District Court on _____ DATE _____ at _____ TIME _____

B. [ ] _____ District Court jury session on _____ DATE _____ at _____ TIME _____

C. [ ] Superior Court next to be holden at _____ County.

[x] _____Essex_____ County Jail/House of Correction and confined there for a period of
1.G. ~~9 Mos H/C Committed from and after present sentence~~

[ ] Massachusetts Correctional Institution at _____ and confined there for a period of

[ ] Department of Youth Services at _____ for a period of

It is further ordered that the defendant receive credit of __165__ days confined awaiting trial.

Other and further orders of this court:
2. 0286CR0594  1. – G 9 Mos H/C Committed Conc w/  0186CR0244
   0186CR1776  1. G 9 Mos H/C Committed Conc. w/ 0186CR0244
   0186CR1771  1. G 9 Mos H/C Committed Conc. w/ 0186CR0224

*Corrected mitt!*

12/20/05
True Copy Attest
[signature]
Deputy Sheriff

**TO ANY OFFICER AUTHORIZED TO SERVE CRIMINAL PROCESS:**

**WE COMMAND YOU THEREFORE** to convey the said defendant safely to said place of confinement and deliver him to the keeper thereof; and the said keeper is commanded to receive the said defendant into his custody and keep him safely until he is brought before the court, serves his sentence, posts bail as ordered or otherwise is legally discharged.

| WITNESS: | FIRST JUSTICE<br>Santo J Ruma | DATE OF ISSUE<br>7/8/02 | CLERK-MAGISTRATE/ASST. CLERK<br>X [signature] Russell Craig |
|---|---|---|---|

lbg

**RETURN OF SERVICE — RECEIPT OF RECEIVING OFFICIAL**

The person making service, named below, has conveyed the defendant to the above named institution and has left with the keeper thereof a copy of this order with the return thereon; and the receiving official, named below, has received said defendant.

| DATE OF SERVICE | TIME OF SERVICE | SIGNATURE OF PERSON MAKING SERVICE | SIGNATURE OF RECEIVING OFFICIAL |
|---|---|---|---|

| MITTIMUS | ☒ ADULT | COURT DIVISION | REVISED MITT *** | Trial Court of Massachusetts |
|---|---|---|---|---|
| Order of Commitment | ☐ JUVENILE | Peabody | | District Court Department |

| NAME, ADDRESS AND DOB OF DEFENDANT | DOCKET NUMBER(S) | OFFENSE(S) (Include Chap. and Sec. of G.L.) | OFFENSE DATE(S) |
|---|---|---|---|
| Daniel Silva<br>109 Newbury Street Apt 22<br>Peabody, MA 01960<br>/ /55<br>DOB: | 0186CR0244<br>0286CR0594<br>0186CR1776<br>0186CR1771 | 1. A&B 265/13A 12/26/00<br>2. Witness Intimidate 268/13B 8/24/01<br>3. Abuse Prevention Order Viol. 209A/7 10/2/01<br>4. Abuse Prevention Order Viol. 209A/7 9/27/01 | |

WHEREAS THE ABOVE NAMED DEFENDANT HAS ON THIS DATE OF ISSUE BEEN BEFORE THIS DISTRICT COURT ON A COMPLAINT ALLEGING THE OFFENSE(S) LISTED ABOVE:

☐ The court finds there is just cause to hold the defendant because the accused is unable or unwilling to recognize for his next court appearance in the amount ordered by the court; and
☐ It is adjudged that the defendant is guilty of the offense(s) as shown above and convicted; and
☐ It is adjudged that the defendant is found delinquent of the offenses as shown above; and
☐ Other (specify):

IT IS THEREFORE ORDERED THAT THE DEFENDANT BE COMMITTED TO THE:

☐ _____ County Jail/House of Correction } in lieu of $_____ bail and there await his next court appearance at the
☐ Department of Youth Services at _____

A. ☐ _____ District Court on _____ DATE at _____ TIME
B. ☐ _____ District Court jury session on _____ DATE at _____ TIME
C. ☐ Superior Court next to be holden at _____ County.

☒ Essex County Jail/House of Correction **and confined there for a period of**
1.C. — 9 Mos H/C Committed from and after present sentence.
☐ Massachusetts Correctional Institution at _____ **and confined there for a period of**
☐ Department of Youth Services at _____ **for a period of**

It is further ordered that the defendant receive credit of _____ days confined awaiting trial.

Other and further orders of this court:
2. 0286CR0594  1. — G 9 Mos H/C Committed Conc w/ 0186CR0186CR0244
   0186CR1776  1. G 9 Mos H/C Committed Conc. w/ 0186CR0244
   0186CR1771  1. G 9 Mos H/C Committed Conc. w/ 0186CR0244

EXHIBIT C

* Corrected mitt!

12/20/05
True Copy Attest
[signature]
Deputy Sheriff

TO ANY OFFICER AUTHORIZED TO SERVE CRIMINAL PROCESS:

**WE COMMAND YOU THEREFORE** to convey the said defendant safely to said place of confinement and deliver him to the keeper thereof; and the said keeper is commanded to receive the said defendant into his custody and keep him safely until he is brought before the court, serves his sentence, posts bail as ordered or otherwise is legally discharged.

| WITNESS: | FIRST JUSTICE<br>Sanco J. Ruma | DATE OF ISSUE<br>7/29/03 | CLERK-MAGISTRATE/ASST. CLERK<br>X [signature] Russell Craig |
|---|---|---|---|

RETURN OF SERVICE — RECEIPT OF RECEIVING OFFICIAL

The person making service, named below, has conveyed the defendant to the above named institution and has left with the keeper thereof a copy of this order with the return thereon; and the receiving official, named below, has received said defendant.

| DATE OF SERVICE | TIME OF SERVICE | SIGNATURE OF PERSON MAKING SERVICE<br>X | SIGNATURE OF RECEIVING OFFICIAL<br>X |
|---|---|---|---|

# CRIMINAL DOCKET

**DOCKET NO.** 0186CR000244

**COURT DIVISION:** Peabody
**INTERPRETER REQUIRED:** ☐

**NAME, ADDRESS AND ZIP CODE OF DEFENDANT:**
SILVA, DANIEL
109 NEWBURY STREET
APT 82
PEABODY, MA 01960

**DEFT. DOB AND SEX:** /1955 M
**DATE OF OFFENSE(S):** 12/28/2000
**PLACE OF OFFENSE(S):** PEABODY
**COMPLAINANT:** MCDAID, SHEILA
**POLICE DEPARTMENT:** PEABODY PD
**DATE OF COMPLAINT:** 02/12/2001
**RETURN DATE AND TIME:** 02/12/2001 09:00:00

**ATTORNEY NAME:** Geoffrey Stone

**DATE and JUDGE:** 2-16-01

**DOCKET ENTRY:**
- ☐ Attorney appointed (SJC R. 3:10)
- ☐ Atty denied and Deft Advised per 211D §2A
- ☐ Waiver of counsel found after colloquy

**Terms of release set:**
- ☐ PR
- ☒ Bail: 1000 cash
- ☐ Held (276 §58A) 3-30-01 bail reduced 2500. Surety 250. cash
- ☐ See back for special conditions

**Arraigned and advised:**
- ☐ Potential of bail revocation (276 §58)
- ☐ Right to bail review (276 §58)
- ☐ Right to drug exam (111E §10)

**Advised of right to jury trial:**
- ☐ Does not waive
- ☐ Waiver of jury trial found after colloquy

Advised of trial rights as pro se (Supp. R. 4)
Advised of right of appeal to Appeals Ct (R. 28)

---

**COUNT/OFFENSE**
1. 265/13A/B  A&B c265 §13A

**DISPOSITION DATE and JUDGE:** 7-8-02

**DISPOSITION METHOD:**
- ☐ Guilty Plea or Admission to Sufficient Facts accepted after colloquy and 278 §29D warning
- ☐ Bench Trial
- ☐ Jury Trial
- ☐ None of the Above

**FINDING:**
- ☐ Not Guilty
- ☒ Guilty
- ☐ Not Responsible
- ☐ Responsible
- ☐ No Probable Cause
- ☐ Probable Cause

**SENTENCE OR OTHER DISPOSITION:** 9 Mo HC on & after

---

**COUNT/OFFENSE**
2. 265/13A/B  A&B c265 §13A

**FINDING:**
- ☐ Not Guilty
- ☒ Guilty
- ☒ Not Responsible
- ☐ Responsible
- ☐ No Probable Cause
- ☐ Probable Cause

**SENTENCE OR OTHER DISPOSITION:** Dismissed

---

Last count: 7-8-02 fit cash bail $250. Ck #5858

**COURT ADDRESS:**
Peabody District Court
One Lowell Street
Peabody, MA 01960

12/20/05

A TRUE COPY ATTEST: X

DOCKET NUMBER: 0186CR000244   NAME: SILVA, DANIEL

## SCHEDULING HISTORY

| NO. | SCHEDULED DATE | SCHEDULED EVENT | RESULT | | | JUDGE | TAPE NO. | START | STOP |
|---|---|---|---|---|---|---|---|---|---|
| | | | Held | Cont'd | | | | | |
| 1 | 2-16-01 | Arr | ☐ | ☐ | 3-5-01 1000 bail | Ruma | | | |
| 2 | 2/22/01 | PT | ☐ | ☑ | 3-28-01 PT | Ruma | | | |
| 3 | 3/28/01 | PT | ☐ | ☑ | 5-2-01 Comp | Hayes | | | |
| 4 | 4/30/01 | Post Jud | ☐ | ☐ | 6-4-01 Comp | Ruma | | | |
| 5 | 6-4-01 | Comp | ☐ | ☑ | 7-9-01 Comp | Hayes | | | |
| 6 | 7-9-01 | Comp | ☐ | ☑ | 8-17-01 Ele | Hayes | | | |
| 7 | 8-17-01 | Ele | ☐ | ☑ | 9-17-01 Ele | Ruma | | | |
| 8 | 9/17/01 | Ele | ☐ | ☑ | 10-24-01 ele | Ruma | | | |
| 9 | 10/24/01 | Ele | ☐ | ☑ | 1-8-02 J | Ruma | | | |
| 10 | 1-7-02 | B/F | ☐ | ☑ | 4-2-02 J | Ruma | | | |

ARR=Arraignment   PT=Pretrial hearing   CE=Discovery compliance and jury election   T=Bench trial   J=Jury Trial   PC=Probable cause hearing   M=Motion hearing   SR=Status review
SRP=Status review of payments   FA=First appearance in jury session   S=Sentencing   CW=Continuance-without-finding scheduled to terminate   P=Probation scheduled to terminate
DFTA=Defendant failed to appear and was defaulted   WAR=Warrant issued   WARD=Default warrant issued   WR=Warrant or default warrant recalled   PR=Probation revocation hearing

| ENTRY DATE | OTHER DOCKET ENTRIES |
|---|---|
| 2-16-01 | Faxed Mitt for 3-5-01 to Essex H/C $1000.00 bail + Habe for 2/22/01 per Kevin Barry confirmed by Ryan |
| 2-22-01 | Faxed Mitt to Essex H/C for 3-28-01 return per Todd |
| 2-26-01 | Cancelled Mitt for 3-5-01 return per Todd coming on 3-28-01 |
| 3-30-01 | Bail reduced per Petition for review 2500. Surety/250. cash |
| 4-30-01 | Atty Stone files mot to adv + cont - allowed - Ruma |
| 8-17-01 | Bail $100 CASH |
| 8-17-01 | Faxed mitt Essex County H/C for 9-17-01 |
| 10/24/01 | Habeas to issue for 1/8/02 for jury trial |
| 10/24/01 | Faxed habe to Essex H/C |

### ADDITIONAL ASSESSMENTS IMPOSED OR WAIVED

| DATE IMPOSED and JUDGE | TYPE OF ASSESSMENT | AMOUNT | DUE DATES and COMMENTS | ✓WAIVED |
|---|---|---|---|---|
| | Legal Counsel Fee (211D §2A ¶2) | | | |
| | Legal Counsel Contribution (211D §2) | | 12/20/05 | |
| | Court Costs (280 §6) | | Jose Cony Arrest | |
| | Drug Analysis Fee (280 §6B) | | From Mass | |
| | OUI §24D Fee (90 §24D ¶9) | | Deputy Sheriff | |
| | OUI Head Injury Surfine (90 §24[1][a][1] ¶2) | | | |
| | Probation Supervision Fee (276 §87A) | | | |
| | Default Warrant Assessment Fee (276 §30 ¶2) | | | |
| | Default Warrant Removal Fee (276 §30 ¶1) | | | |

| NO. | DATE | DOCKET ENTRIES |
|---|---|---|
| | 12-12-01 | CW Requests Habe for Witness Jayne Benest |
| | 12-12-01 | Faxed Habe to Framingham for Jayne Benest for 1-8-02 per Mary |
| | 1-8-02 | Motion for indigent summons filed - allowed - Rumay |
| | 1-7-02 | Deft Motion to Compel P.O. Whelan to testify Allowed - Rumay |
| | 1-7-02 | Jury trial Cont 4-2-02 - habeas to issue for deft & witness |
| | 1-10-02 | Habeas Issued ECCF to 4-2-02 for D and Framingham - Jayne Benest. |
| | 1-10-02 | Witness Summons to Officer Dan Martin; Officer Michael Navy; Officer Daniel Murphy, Officer Richard Rose and Sgt Robert Conway, mailed out to be served |
| | 4-2-02 | Cont 4-12-02 for disposition - Habeas to issue |
| | 4-2-02 | Faxed habe Essex County H/C for 4-12-02. |
| | 4/12/02 | Continued to 9-3-02 Jury Trial Rumay Habe to issue |
| | 4-12-02 | Faxed habe essex county H/C for 9-3-02. |
| | 7-2-02 | motion to advance + continue filed by A/D/A CESAR ARCHILLA + A/D/A Sherry Smith. Faxed habe middleton H/C for 7-3-02 per Russell Craig. |
| | 7-3-02 | Cont 7-5-02 Habe to issue Ronquillo J |
| | 7-3-02 | Habe faxed to ECCF. AB |
| | 7-5-02 | Habe to issue 7-8-02 Rumay |
| | 7-5-02 | FAXED habe middleton H/C for 7-8-02. |

DC-CR 14 (12/89)

12/20/05
True Copy Attest
Kim Martin
Deputy Sheriff

| | 7-8-02 | Faxed mitt Middleton H/C per Kevin B. |
| --- | --- | --- |
| | 1-29-03 | Faxed & Mailed Corrected Mitt to Essex Cty per KB w/ 165 days credit |
| | | |
| | | 12/20/05 |
| | | True Copy Attest |
| | | [signature] |
| | | Deputy Sheriff |

```
03/04/1994  01:26  1-207-743-1511
```

Oxford County Sheriff's Office
Wanted Person Table:

```
01/16/2003
16:00

Want Number:     02-328              Process Type: WAR Arrest Warrant
Docket Number:   02-328              Crime Class:
Court Number:                        Date Returned:    /  /
Date Issued:     01/15/2003          Disposition: ACT Active Warrant
Date Received:   01/16/2003          Disp Date: 01/16/2003
Date Expires:      /  /
Wanted For: Indictment for Agg Assault
                    87188 Arrest Warrant
+- Wanted Person:                    Fst: Daniel
  Lst: Silva                         Adr: 16 Northend S
  DOB:      /1955 SSN:               Cty: Peabody
  Rac: W Sx: M Tel: (   )
                                     Cash Only?: N
  Issuing Court: SOX  Oxford         No Ct Service:
          Judge:                     Extradition:
         Agency: 0900 Oxford Cty SD         LOCAL ID: INT  SOK
        Officer: McGrath Brian J     NCIC Code:
  Related Incident:                  Offense Code:
       Bail Amount:    20,000.00
  Offenses:
  Attempts:     :   :     /  /
   Remarks: (See below)
```

===================================================================

```
INVOLVEMENTS:
  Type Record #      Date         Description
   NM    87188    01/16/2003   Silva, Daniel J

Local identification detail:
                         Local ID
  Seq Type                                         ID
   1  INT   Initials of Person Entering           SDK

Remarks:             OXFORD COUNTY COMMUNICATIONS
                     WARRANT REPOSITORY INFORMATION
```

EXHIBIT D

```
ORIGINAL ENTRY DATA:

  1. CHARGES: Indictment for Agg Assault

  2. BAIL INFO: $20,000 surety or $5000 cash

  3. SPECIAL CONDITIONS:

  4. Arrest Tracking Number:

  5. Person Making Entry: SDK
```

12/20/05
True Copy Attest
[signature] La Mart
Deputy Sheriff

| MITTIMUS of Commitment | ☐ ADULT ☑ JUVENILE | COURT DIVISION Peabody | | Trial Court of Massachusetts District Court Department | |
|---|---|---|---|---|---|
| ADDRESS AND DOB OF DEFENDANT | | DOCKET NUMBER(S) | OFFENSE(S) (Include Chap. and Sec. of G.L.) | | OFFENSE DATE(S) |
| iel Silva Newbury St. Apt. 82 body, MA 01960 / /55 | | 0186CR0244 0286CR0594 0186CR1776 0186CR1771 | 1. A&B 265/13A 2. WITNESS, INTIMIDATE 268/13B 3. ABUSE PREVENTION ORDER, VIOL. 209A/7 4. ABUSE PREVENTION ORDER, VIOL. 209A/7 | | 12/28/00 8/24/01 10/2/01 9/27/01 |

HEREAS THE ABOVE NAMED DEFENDANT HAS ON THIS DATE OF ISSUE BEEN BEFORE
IS DISTRICT COURT ON A COMPLAINT ALLEGING THE OFFENSE(S) LISTED ABOVE:

☐ The court finds there is just cause to hold the defendant because the accused is unable or unwilling to recognize for his next court appearance in the amount ordered by the court; and
☑ It is adjudged that the defendant is guilty of the offense(s) as shown above and convicted; and
☐ It is adjudged that the defendant is found delinquent of the offenses as shown above; and
☐ Other (specify):

S THEREFORE ORDERED THAT THE DEFENDANT BE COMMITTED TO THE:

☐ _____ County Jail/House of Correction ⎫ in lieu of $_____ bail and there
☐ Department of Youth Services at _____ ⎭ await his next court appearance at the

A. ☐ _____ District Court on _____ at _____
                                            DATE       TIME
B. ☐ _____ District Court jury session on _____ at _____
                                                      DATE       TIME
C. ☐ Superior Court next to be holden at _____ County.

☑ Essex County Jail/House of Correction and confined there for a period of
1. G 9 months H/C committed from & after present sentence.
☐ Massachusetts Correctional Institution at _____ and confined there for a period of
☐ Department of Youth Services at _____ for a period of

It is further ordered that the defendant receive credit of _____ days confined awaiting trial.

Other and further orders of this court:
0286CR0594   1. G 9 months H/C committed concurrent with 0186CR0244.
0186CR1776   1. G 9 months H/C committed concurrent with 0186CR0244.
0186CR1771   1. G 9 months H/C committed concurrent with 0186CR0244.

12/20/05
True Copy Attest
[signature]
Deputy Sheriff

TO ANY OFFICER AUTHORIZED TO SERVE CRIMINAL PROCESS:

COMMAND YOU THEREFORE to convey the said defendant safely to said place of confinement and deliver him to the er thereof; and the said keeper is commanded to receive the said defendant into his custody and keep him safely until s brought before the court, serves his sentence, posts bail as ordered or otherwise is legally discharged.

| NESS: | FIRST JUSTICE Santo J. Ruma | DATE OF ISSUE 7/8/02 | CLERK-MAGISTRATE/ASST. CLERK X [signature] |
|---|---|---|---|

RETURN OF SERVICE — RECEIPT OF RECEIVING OFFICIAL

he person making service, named below, has conveyed the defendant to the above named institution and has left ith the keeper thereof a copy of this order with the return thereon; and the receiving official, named below, has ceived said defendant.

| F SERVICE | TIME OF SERVICE | SIGNATURE OF PERSON MAKING SERVICE | SIGNATURE OF RECEIVING OFFICIAL |
|---|---|---|---|
| 02 | | X | X Sgt. [signature] |

# Essex County Correctional Facility

Middleton, Massachusetts
(978)750-1900 Ext. 400

## SENTENCE INFORMATION

| | | |
|---|---|---|
| **NAME:** | **NUMBER:** | **SENTENCE:** |
| Daniel Silva | 106634 | 1 Year |

| | |
|---|---|
| **Committed:** | October 18, 2001 |
| **Jail Credits:** | 11 |
| **Sentence Effective:** | October 7, 2001 |
| **Sentence in Days:** | 365 |
| **Maximum:** | October 6, 2002 |
| **Statutory Good Time:** | 0 |
| **Institutional Discharge:** | October 6, 2002 |
| *Parole Eligibility:* | *April 6, 2002* |
| Date of Offense: | n/a |

*ESSEX COUNTY INMATE*



12/20/05
True Copy Attest
[signature]
Deputy Sheriff

**M. Howard**                                                    10/19/2001 9:30 AM