UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 APR -3 P 3: 06

CIVIL ACTION NO: 04-11769-NG
U.S. DISTRICT COURT
DISTRICT OF MASS.

DANIEL SILVA,
    Plaintiff,

v.

SHERIFF FRANK COUSIN, et al.,
    Defendants.

### PLAINTIFF'S RESPONSE TO DEFENDANTS' RESPONSE TO COURT ORDER OF FEBRUARY 17, 2006

As per your order, during the telephone conference on 3/28/06, I am submitting the following statements for the record in this matter.

First, I am pursuing this matter pro-se. I am not a lawyer and I do not have any legal qualifications or training in the field of law (I barely got my high school diploma).

In the Maine State Prison, where I currently residing, access to legal materials is very limited and restricted. The law library has no books on case laws or statutes. Instead, there are four computer terminals hooked to a server. Inmates may access a program called Louise Law for all of their legal research. There are no printers attached to these terminals. All research has to be hand-copied in longhand or ordered through the librarian at a price of 25 cents per page. These four terminals serve 800 plus inmates and can only be used on weekdays and for only about an hour or two at a time per day. Additionally, there are no qualified legal aides nor a public defenders office to help pro-se inmates.

Secondly, for the record a brief history of this case from December 2, 2005 onwards (I read this during the conference).

    A)  On December 2, 2005, the Honorable Judge Nancy Gertner issued an order stating that, among other things, the defendants were "ordered to produce the plaintiff's institutional record including, but not limited to, any documents on which basis the plaintiff's release date was calculated. Within **thirty days of the date of this order, the defendants shall serve a copy of this record on the plaintiff...**" (emphasis supplied).

    B)  The defendants did not obey with the above-stated court order.

    C)  On January 4, 2006, the court issued a "Status Conference set for 2/9/2006...NOTE: Defense counsel shall coordinate with Essex County to have Mr. Silva available to participate by telephone..."

    D)  When I did not receive any information pertaining to this "conference" from the defense counsel, I wrote to the court on January 16, 2006, stating, among other things, the following:

1) I was in the Maine State Prison and not in the Essex County facility.

2) The defendants or their counsel did not submitted the documents which the court had ordered them to submit.

3) I requested that the conference **must be** electronically recorded for the record and transcript purposes.

E) Please see my letter of January 16, 2006, for more details. A copy of this letter was also mailed to Mr. S. Pfaff, attorney for the defendants.

F) On February 15, 2006, I received a letter from Mr. S. Pfaff, saying that he was unable to arrange a telephone conference and the telephone conference was rescheduled for early March. He further added as to how I may wish to resolve this matter.

G) On February 16, 2006, I wrote back to Mr. Pfaff and gave him the necessary information as to how he may go about coordinating with the Maine State Prison, the court and himself to implement the ordered telephone conference. I added that I was prepared to consider a good-faith offer for an out-of-court settlement in this matter.

H) For more details please see my letter of February 16, 2006. A copy was mailed to the court for the records.

I) On March 24, 2006, I received from the court a document identified as, Notice of Electronic Filing. This was entered on February 17, 2006.

J) Pertaining to this above-mentioned document, the defendants were "**ordered** to submitt to the court and serve on the Pltff by **March 3, 2006**, a summary of the way in which the plft's sentence was calculated, including **an explanation of any good time credit**, credit for time served and any changes that were made to the plft's release date", (emphasis addded).

K) On March 27, 2006, I receive via Fed-Ex a letter from Mr. Stephen C. Plaff, dated March 23, 2006. Enclosed with this letter was a copy of "Defendants' Response to Court order of February 17, 2006". This is a three page document with four (4) Exhibits, labeled A, B, C & D.

L) At this time I reiterate, for the record, my objection concerning the fact that Mr. Pfaff gave a "courtesy copy" of the above mentioned **legal mail** to my caseworker, Ms. Jamie Harnett, who is an employee of the Maine Department of Corrections!

M) On March 28, 2006, we had the telephone conference. As I had mentioned in the conference, in the limited time I had to review the documents submitted by Mr. Pfaff, it seems to me for all of the reasons listed below that the defendants are purposely trying to confuse or mislead the court.

1) They have combined two separate sentences into one. According to my calculations the first sentence - one year - on Criminal Docket Number 0036 CR 2919, was over before the sentence of nine months on Criminal Document Numbers 0286 CR 0594, 0186 CR 1776, and 0186 CR 1771, respectively began.

2) The defendants' did not include in their calculations any of the good time credit earned by me in these aforementioned sentences. What happened to the good time credits? Are the defendants willing to say under oath or sign an affidavit stating that the summary

provided by them is mathematically or arithmatically accurate or correct?

3) The defendants did not supply any documents pertaining to the calculation or explanation of any good time credits which I earned while serving my sentences. Where are the classification records? Where are the work records? Where are the good time credit records?

4) The defendants' claim that " A mittimus was issued that same day, but listed no credit days (Exhibit "B"). A corrected mittimus reflected a credit of one hundred and sixty-five (165) days after the last sentence (Exhibit "C").." See Defendants' Response. However, if you compare "Exhibit B" and "Exhibit C" supplied by the defendants, you will see that both of these Exhibits show listed credit days - one hundred and sixty-five (165). Which of these is the corrected mittimus? Again if you compare "Exhibit B" & "Exhibit C" supplied by the defendants, you will notice that "Date of Issue" on "Exhibit B" is very clear: "7/8/02". However, on "Exhibit C", the "Date of Issue" is not clear or appears to be manipulated! Why?

5) The defendants claim that "The state of Maine had issued a warrant for the Plaintiff's arrest on January 15, 2003.." However, this is not correct. Please refer to Exhibits titled: Exhibit "1" and Exhibit "2", attached with this document.

6) The defendants will have the court believe that they did not know the estimated release date. However, Exhibit "3" and Exhibit "4" attached with this document proves otherwise.

Dated March 31, 2006

Respectfully submitted,

*/s/ Daniel Silva*

Daniel Silva
Maine State Prison
807 Cushing Road
Warren, ME 04864

CERTIFICATE OF SERVICE

I, Daniel Silva, certify that I have served the foregoing by causing a copy to be mailed, postage pre-paid, directed to the Office of the Honorable Clerk of the Court, United States District Court, 1 Court House Way, Suite 2300, Boston, MA 02210.

Further, I certify that I have served the foregoing by causing a copy to be mailed, postage pre-paid, directed to Mr. Stephen C. Pfaff, counsel for the defendants at the following address: Merrick, Louison & Costello, LLP, Attorneys at Law, 67 Battery March Street, Boston, MA 02110.

Dated March 30, 2006

*/s/ Daniel Silva*

Daniel Silva
Maine State Prison
807 Cushing Road
Warren, ME 04864