

# FAX COVER SHEET

Oxford County Sheriff's Office  
P.O. Box 179  
South Paris, Me 04281  
USA  
Phone         207-743-9554  
Fax#          207-743-1510  
Jail #         207-743-5870  
Jail Fax#     207-743-5064  

Sheriff Lloyd "Skip" Herrick  
Chief Deputy James A. Davis  
Captain James P. Miclon  
Captain Ernest F. Martin  
Lieutenant Lauretta Sanborn  
Lieutenant Edward Quinn  
Admin. Assistant To Sheriff Linda Hooker  

SEND TO: Sgt. McDade  
Attention: Peabody PD Domestic Violence Unit  
Office Location: Peabody PD  
Fax Number: 1-978-977-9795  

FROM: Deputy McGrath  
Date: 10-7-01  
Office Location: Oxford County SO  
Phone Number: 207-743-9554  

☐ Urgent  
☐ Reply ASAP  
☐ Please Comment  
☐ Please Review  
☐ For Your Information  

Total pages, including cover: 13

COMMENTS: An arrest warrant was issued today for Daniel Silva. (domestic assault - no extradition) He is going to be indicted for Aggravated Assault and they will extradite for that. Next Grand Jury is not until December.

The information contained in this transmission is intended only for the use of the individual entity named above and may contain information which is privileged, confidential and exempt from disclosure under applicable law. If the recipient of this message is NOT the intended recipient, you are hereby notified that any dissemination, distribution, or copying of the communication IS STRICTLY PROHIBITED. If you have received this transmission in error, please notify us immediately by telephone and return the original transmission to us at the above address via the US Postal Service. Postage will be reimbursed, if requested. Thank you.

EXHIBIT 1

```
DD.RINC6                  PEABODY POLICE DEPT              05/19/03  10:16
   v5.5m                 ===========================            PAGE:   2
                         INVESTIGATIVE ACTION REPORT
   CASE#: D002185
org.case#:  121160
```

*** NARRATIVE ***
******************************************************************
SUPPLEMENT REPORT BY SGT SHEILA MCDAID                        121160
******************************************************************

ON 10/01/01 SGT MCDAID CONDUCTED AN INTERVIEW WITH JAYNE GENEST AT
HQ AFTER HAVING SEVERAL TELEPHONE CONTACTS WITH HER. PHOTOGRAPHS WERE
TAKEN OF JAYNE GENEST'S INJURIES FROM THE OPERATION THAT WAS REQUIRED
AS A RESULT OF BEING BEATEN BY DANIEL SILVA ON 8/11/01 IN MAINE.

JAYNE GENEST INFORMED SGT MCDAID OF THE INCIDENT THAT HAD OCCURRED IN
MAINE ON 8/11/01. SGT MCDAID CONTACTED DEPUTY BRIAN MCGRATH OF THE
OXFORD COUNTY SHERIFF'S OFFICE, WHO FAXED A COPY OF THEIR POLICE
REPORT AS WELL AS E-MAILING PHOTOS OF JAYNE GENEST'S INJURIES THAT
WERE SUSTAINED DURING THE BEATING. DEPUTY MCGRATH RELATED THAT AN
ARREST WARRANT WAS ISSUED AGAINST DANIEL SILVA ON 10/2/01 FOR DOMESTIC
ASSAULT - NO EXTRIDITION. HE ALSO RELATED THAT IT WOULD BE BROUGHT
FORTH AT THE NEXT GRAND JURY SESSION, WHICH IS NOT UNTIL DECEMBER
IN AN EFFORT TO GAIN EXTRADITION. SEE OXFORD COUNTY SHERIFF DEPARTMENT
POLICE REPORT NUMBER: 001/07347.

ON 9/27/01 JAYNE GENEST HAD REPORTED TO OFFICER RALPH SCOPA THAT SHE
HAD RECEIVED FOUR (4) LETTERS FROM DANIEL SILVA FROM MIDDLETON JAIL
DATED: 8/24/01, 9/08/01, 9/10/01 AND EXACT DATE OF THE FOURTH IS
UNKNOWN, POSTAGE STAMP APPEARS TO BE SEP 1?. THE FIRST LETTER HAS A
RETURN ADDRESS OF D-SILVA PO BOX 807 20 MANNING RD MIDDLETON MA 01949,
BLOCK 120-B RM 225. THE FOLLOWING THREE HAVE PO BOX 4236 PEABODY MASS
01961 OR 01960 (WHICH IS JAYNE GENEST'S PO BOX). THE LETTERS WERE
GIVEN TO SGT MCDAID BY JAYNE GENEST AND WERE PLACED INTO THE FILE
FOLDER. SEE OFFICER SCOPA'S REPORT 121160. JAYNE GENEST HAD ALSO
RECEIVED A FIFTH LETTER DATED OCTOBER 1, 2001 STAMPED ON THE ENVELOPE,
WHICH SHE RECEIVED ON 10/02/01. JAYNE GENEST ALSO GAVE THAT LETTER
TO SGT MCDAID ON 10/3/01 DURING THE INTERVIEW. THE LETTER WAS PLACED
INTO THE FILE FOLDER ALONG WITH THE OTHER FOUR. AN ADDITIONAL WARRANT
WAS SOUGHT AND OBTAINED FOR THAT VIOLATION.

IN THE FIRST LETTER RECEIVED (STAMP DATE: AUG 24, 2001) DAN SILVA
WROTE "I'M BEING CHARGED WITH 2 VIOLATIONS OF A 209A SAUGUS AND MAIN
AND IN BOTH THERE IS NO PROOF WITHOUT YOU!". HE FURTHER WROTE, "IF WE
STICK TOGETHER THEY HAVE NOTHING." DURING THIS LETTER HE ALSO WROTE
THAT HE WANTS TO MARRY HER WHEN THIS OVER, HOPING TO HAVE A BABY AND,
"I LOVE YOU JAYNE SILVA FOR EVER TILL DEATH DO US PART!". ALSO IN THIS
ENVELOPE ON A SHEET DATED 8/22/01 DAN SILVA WROTE, "IF WE STICK
TOGETHER ABOUT EVERYTHING I WILL BE OUT ON THE 17TH...". ON THE SHEET
DATED 8/23/01, DAN SILVA WROTE, "WE WERE NOT TOGETHER AND THAT IS
THAT!", CONTAINED WITHIN HIS SIX PAGE LETTER.

IN THE SECOND LETTER (STAMP DATE: SEP 03, 2001) DAN SILVA WROTE, "AND
HONEY REMEMBER THE 5TH AND WE WERE NEVER TOGETHER", CONTAINED WITHIN
HIS TWO PAGE LETTER.

EXHIBIT 2

~~[redacted]~~

ENTERED
JW CASE ID NO.
1-32247

DISTRICT COURT
LOCATION: PARIS
DOCKET #: CR-

DB

v.

**DANIEL J SILVA**
DOB: 04/22/55
SIN:
16 Northend Street
Peabody, MA 01960
Ht:5' 8"  Wt:165  H:Blonde
E:Brown  R:White  Gender:Male

**COMPLAINT**
(Inc: 00107347)

**COUNT 1: ASSAULT**

The undersigned officer, being duly sworn, states upon information and belief that:

**COUNT 1:**

17-A M.R.S.A. § 207(1)
ASSAULT
CLASS D

On or about August 11, 2001, in Stoneham, Oxford County, Maine, DANIEL J SILVA, did intentionally, knowingly, or recklessly cause bodily injury or offensive physical contact to Jayne M Genest.

Sworn to before me, _____, 2001

COMPLAINANT
_____
Clerk/Complaint Justice / Judge

OFFICER: Brian Mcgrath Dep
DEPT: Oxford Sheriff's Dept
ARRAIGNMENT: ARREST WARRANT

EXHIBIT 3

*Handwritten note:* Dy is in jail in Mass. for assault on Jayne. (Middleton Jail, MA 978-750-1906) Det. Sheila McDade 978-538-6327 to send rept. to Kaye - Release date Sept 2002



EXHIBIT 4