```
                                                              FILED
                                                           IN CLERKS OFFICE
Ms. Maryellen Molloy
Clerk of the Court                                         2006 APR 24  P 3: 37
United States District Court
1 Court House, Suite 2300                                  U.S. DISTRICT COURT
Boston, MA 02210                                           DISTRICT OF MASS
```

RE: <u>Daniel Silva v. Sheriff Frank Cousins, et al.,</u> **USDC CA No. 04-11769-NG**

Dear Ms. Ms. Maryellen Molloy

   Please find enclosed with this letter a copy of my letter to the Maine Department of Corrections officials regarding the fact that the law library at the Maine State Prison will remain closed indefenately till further notice.

   As you know that on April 12, 2006, the defendants' attorney filed a motion for Summary Judgment in the above-referenced matter. I received a copy of this motion on April 18, 2006. My problem is that without access to the law library and legal materials and legal assistant, I will not be able to effectively respond to this aforementioned motion. Furthermore, I understand that time is also of critical importance in this issue.

   I request at this time, due to the unusual circumstances, I be given an extension to file a response. It is my understanding that my response is due on or before April 28, 2006. I request the new due date for me to file an opposition be moved to May 20, 2006. However, if I am unable to respond on or by May 20, 2006 and the law library remains closed I will notify the court and request another extension of time.

   Please let me know if I have to formally file a motion for extension of time. Also, kindly inform me of any other documents or materials I need to submit to the court. Please do not hesitate to contact me should you have any questions or comments pertaining to this matter. I thank you for your attention to this very important matter.

Dated: April 19, 2006                                      Sincerely,

                                                           Daniel Silva

                                                           Daniel Silva, pro-se
                                                           Maine State Prison
                                                           Warren, Maine 04864

Enc.

cc:    Mr. Stephen C. Pfaff, Attorney for the Defendants
       file

TO:   M. Magnusson, Commissioner
      W. Andrenyak, Chief Advocate
      J. Merrill, Warden
      A. Rourke, Advocate
      J. Harnett, Caseworker


   It has been brought to my attention that the law library at the Maine State Prison will remain closed indefenately till further notice.

   I have a pending civil matter in the United States District Court in Massachusetts (see Daniel Silva v. Sheriff Frank Cousins, et al., **USDC CA No. 04-11769-NG**), that needs immediate attention. On April 12, 2006, the defendants' attorney filed a motion for Summary Judgment. I received a copy of this motion on April 18, 2006. My problem is that without access to the law library and legal materials, I will not be able to effectively respond to this aforementioned motion. Furthermore, time is also critical in this matter. Ms. J. Harnett, my caseworker is familiar with my case.

   I will write to the court and send a copies of this letter to the court and the defendants' attorney, to appraise them of my situation. However, please be advised, if my civil matter is dismissed for failure to meet the technical requirements because of the fact that I cannot access any legal materials or if I am prevented from even filing a response because of insufficient or non-existent legal materials or assistant, I will have no choice but to file claims against the staff members of the Maine Department of Corrections for denying me access to the court, which I believe is my constitutional right. Please see Lewis v. Casey, 518 U.S. 343 (1996), a United States Supreme Court case pertaining to this issue.

   I request that the law library be opened immediately and that I be allowed full and unrestricted access to the law library and the legal materials to effectively pursue my civil complaint.

   Thank you for your attention to this very important matter.

Dated: April 19, 2006

Sincerely,

Daniel Silva

Maine State Prison
Warren, Maine 04864


cc: Ms. Maryellen Molloy, Clerk of the Court
    Mr. Stephen C. Pfaff, attorney for the defendants
    file