UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 04-11769-NG

DANIEL SILVA
    Plaintiff,

v.

SHERIFF FRANK COUSIN, et al.,
    Defendants.

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO FILE AN OPPOSITION TO THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

On April 18, 2006, the plaintiff received a copy of the defendants' Motion for Summary Judgment.

First, on April 19, 2006, the plaintiff notified this court that the "law library at the Maine State Prison" was to remain closed "indefinitely till further notice."

On April 24, 2006 the law library was opened for use, however, the plaintiff is allowed access to the law library only for few hours a day and just on weekdays. Furthermore, availability of legal materials relevant to the plaintiff's case is non-existent. This not only makes legal research difficult but also very time consuming. Further, there are only four computers available for use for a population of approximately 900 plus inmates. These computers are hooked to a server and they all run a program called Louis Law. There are no printers attached to these computers and all of the research materials are either copied in longhand or ordered through the librarian at a cost of 25 cents per page. Additionally, the built-in search mechanism in this program is so arcane that it took the plaintiff three days just to locate cases and statutes remotely relevant ( in various other jurisdictions) to the issues of this case. Hence, the plaintiff requests more time to finish the research.

Secondly, as to this date, the honorable court has not ruled on the plaintiff's previous request to amend the Complaint. Please see pages 2 & 4 of the plaintiff's "Opposition to the Defendant's Motion for Judgment on the Pleadings", filed on June 22, 2005. A ruling to amend the Complaint before the plaintiff is required to file an opposition to the denendant's Motion for Summary Judgement would be beneficial to all of the parties involved in this case.

For all of the reasons stated above the plaintiff humbly requests the honorable court to grant this motion and the plaintiff's request to amend the Complaint.

Respectfully submitted by,

Dated: April 27, 2006

Daniel Silva, pro-se
Maine State Prison
807 Cushing Road
Warren, ME 04864

### CERTIFICATE OF SERVICE

I, Daniel Silva, certify that I have served the foregoing by causing a copy to be mailed, postage pre-paid, directed to the office of the Honorable Clerk of the Court, Ms. Maryellen Molly, United States District Court, 1 Court House Way, Suite 2300, Boston, MA 02210.

Furthermore, I, certify that I have served the foregoing by causing a copy to be mailed, postage pre-paid, directed to Mr. Stephen C. Pfaff, counsel for the defendants' at the following address:
Merrick, Louison & Costello, LLP, Attorneys at Law, 67 Battery March Street, Boston, MA 02110.

Dated: April 27, 2006

Daniel Silva, pro-se
Maine State Prison
807 Cushing Road
Warren, ME 04864