

# FAX COVER SHEET

Oxford County Sheriff's Office  
P.O. Box 179  
South Paris, Me 04281  
USA  
Phone        207-743-9554  
Fax#         207-743-1510  
Jail #        207-743-5870  
Jail Fax#    207-743-5064  

Sheriff Lloyd "Skip" Herrick  
Chief Deputy James A. Davis  
Captain James P. Miclon  
Captain Ernest F. Martin  
Lieutenant Lauretta Sanborn  
Lieutenant Edward Quinn  
Admin. Assistant To Sheriff Linda Hooker  

SEND TO: Sgt. McDade  
Attention: Peabody PD Domestic Violence Unit  
Office Location: Peabody PD  
Fax Number: 1-978-977-9745  

FROM: Deputy McGrath  
Date: 10-2-01  
Office Location: Oxford County SO  
Phone Number: 207-743-9554  

☐ Urgent  
☐ Reply ASAP  
☐ Please Comment  
☐ Please Review  
☐ For Your Information  

Total pages, including cover: 13

COMMENTS: An arrest warrant was issued today for David Silva. (domestic assault - no extradition) He is going to be Indicted for Aggravated Assault and they will extradite for that. Next Grand Jury is not until December.

This information contained in this transmission is intended only for the use of the individual entity named above and may contain information which is privileged, confidential and exempt from disclosure under applicable law. If the recipient of this message is NOT the intended recipient, you are hereby notified that any dissemination, distribution or copying of the communication IS STRICTLY PROHIBITED. If you have received this transmission in error, please notify us immediately by telephone and return the original transmission to us at the above address via the US Postal Service. Postage will be reimbursed, if requested. Thank you.

EXHIBIT 1

```
JD.RINC6              PEABODY POLICE DEPT              05/19/03  10:16
   v5.5m          ============================           PAGE:   2
                    INVESTIGATIVE ACTION REPORT
     CASE#: D002185
 org.case#:  121160
```

*** NARRATIVE ***

SUPPLEMENT REPORT BY SGT SHEILA MCDAID                        121160

ON 10/01/01 SGT MCDAID CONDUCTED AN INTERVIEW WITH JAYNE GENEST AT
HQ AFTER HAVING SEVERAL TELEPHONE CONTACTS WITH HER. PHOTOGRAPHS WERE
TAKEN OF JAYNE GENEST'S INJURIES FROM THE OPERATION THAT WAS REQUIRED
AS A RESULT OF BEING BEATEN BY DANIEL SILVA ON 8/11/01 IN MAINE.

JAYNE GENEST INFORMED SGT MCDAID OF THE INCIDENT THAT HAD OCCURRED IN
MAINE ON 8/11/01. SGT MCDAID CONTACTED DEPUTY BRIAN MCGRATH OF THE
OXFORD COUNTY SHERIFF'S OFFICE, WHO FAXED A COPY OF THEIR POLICE
REPORT AS WELL AS E-MAILING PHOTOS OF JAYNE GENEST'S INJURIES THAT
WERE SUSTAINED DURING THE BEATING. DEPUTY MCGRATH RELATED THAT AN
ARREST WARRANT WAS ISSUED AGAINST DANIEL SILVA ON 10/2/01 FOR DOMESTIC
ASSAULT - NO EXTRIDITION. HE ALSO RELATED THAT IT WOULD BE BROUGHT
FORTH AT THE NEXT GRAND JURY SESSION, WHICH IS NOT UNTIL DECEMBER
IN AN EFFORT TO GAIN EXTRADITION. SEE OXFORD COUNTY SHERIFF DEPARTMENT
POLICE REPORT NUMBER: 001/07347.

ON 9/27/01 JAYNE GENEST HAD REPORTED TO OFFICER RALPH SCOPA THAT SHE
HAD RECEIVED FOUR (4) LETTERS FROM DANIEL SILVA FROM MIDDLETON JAIL
DATED: 8/24/01, 9/08/01, 9/10/01 AND EXACT DATE OF THE FOURTH IS
UNKNOWN, POSTAGE STAMP APPEARS TO BE SEP 1?. THE FIRST LETTER HAS A
RETURN ADDRESS OF D-SILVA PO BOX 807 20 MANNING RD MIDDLETON MA 01949,
BLOCK 120-B RM 225. THE FOLLOWING THREE HAVE PO BOX 4236 PEABODY MASS
01961 OR 01960 (WHICH IS JAYNE GENEST'S PO BOX). THE LETTERS WERE
GIVEN TO SGT MCDAID BY JAYNE GENEST AND WERE PLACED INTO THE FILE
FOLDER. SEE OFFICER SCOPA'S REPORT 121160. JAYNE GENEST HAD ALSO
RECEIVED A FIFTH LETTER DATED OCTOBER 1, 2001 STAMPED ON THE ENVELOPE,
WHICH SHE RECEIVED ON 10/02/01. JAYNE GENEST ALSO GAVE THAT LETTER
TO SGT MCDAID ON 10/3/01 DURING THE INTERVIEW. THE LETTER WAS PLACED
INTO THE FILE FOLDER ALONG WITH THE OTHER FOUR. AN ADDITIONAL WARRANT
WAS SOUGHT AND OBTAINED FOR THAT VIOLATION.

IN THE FIRST LETTER RECEIVED (STAMP DATE: AUG 24, 2001) DAN SILVA
WROTE "I'M BEING CHARGED WITH 2 VIOLATIONS OF A 209A SAUGUS AND MAIN
AND IN BOTH THERE IS NO PROOF WITHOUT YOU!". HE FURTHER WROTE, "IF WE
STICK TOGETHER THEY HAVE NOTHING." DURING THIS LETTER HE ALSO WROTE
THAT HE WANTS TO MARRY HER WHEN THIS OVER, HOPING TO HAVE A BABY AND,
"I LOVE YOU JAYNE SILVA FOR EVER TILL DEATH DO US PART!". ALSO IN THIS
ENVELOPE ON A SHEET DATED 8/22/01 DAN SILVA WROTE, "IF WE STICK
TOGETHER ABOUT EVERYTHING I WILL BE OUT ON THE 17TH...". ON THE SHEET
DATED 8/23/01, DAN SILVA WROTE, "WE WERE NOT TOGETHER AND THAT IS
THAT!", CONTAINED WITHIN HIS SIX PAGE LETTER.

IN THE SECOND LETTER (STAMP DATE: SEP 03, 2001) DAN SILVA WROTE, "AND
HONEY REMEMBER THE 5TH AND WE WERE NEVER TOGETHER", CONTAINED WITHIN
HIS TWO PAGE LETTER.



EXHIBIT 2

```
                                              DISTRICT COURT
                                              LOCATION: PARIS                    DB
        ENTERED                               DOCKET #: CR-
    JW CASE ID NO.
      1-32247
```

v.

                                   **COMPLAINT**
                                   (Inc: 00107347)

**DANIEL J SILVA**
DOB: 04/22/55
SIN:
16 Northend Street                          **COUNT 1: ASSAULT**
Peabody, MA 01960
Ht:5' 8"  Wt:165  H:Blonde
E:Brown  R:White  Gender:Male

The undersigned officer, being duly sworn, states upon information and belief that:

**COUNT 1:**                                        17-A M.R.S.A. § 207(1)
                                                     ASSAULT
                                                     CLASS D

On or about August 11, 2001, in Stoneham, Oxford County, Maine, **DANIEL J SILVA**, did intentionally, knowingly, or recklessly cause bodily injury or offensive physical contact to Jayne M Genest.

                                              COMPLAINANT

Sworn to before me, _____, 2001

                                      Clerk/Complaint Justice / Judge

OFFICER: Brian Mcgrath Dep
DEPT: Oxford Sheriff's Dept
ARRAIGNMENT: ARREST WARRANT

EXHIBIT 3

*[Handwritten note:]* Df is in jail in Mass. for assault on Jayne. (Middleton Jail, MA 978-750-1900) Det. Sheila McDade 978-538-6322 to send rept to Kaye - Release date Sept 2002.

```
Press Ctrl w for help, Ctrl & C to abort

             SENTENCE CALCULATION ENTRY / UPDATE
BOOKING #  106634    I.D #  13154   BOOKED DATE 10/15/2001  TIME 20:20
NAME (L) SILVA         (F) DANIEL        (M)              SUFFIX
ORIGINAL RELEASE 10/06/2002  EST RELEASE 10/11/2002  PAROLE ELIGIBLE 03/07/2002
TYPE---COURT/DOCKET------TP--REASON-------------------------
-----------EFFECTIVE---- QTY---PERIOD----DAYS---ST GOOD---JAIL CR--EST RELEASE--
  EARN     /            0   PROJ JAN EGT WORKER PRINT SHOP - KM
           01/19/2003   3   DAYS    -2.50                           10/21/2002
  EARN     /            0   PROJ EGT JAN STUDENT PRINT SHOP - KM
           01/17/2003   3   DAYS    -2.50                           10/18/2002
  MANL     /                D & A   JAN DRUG/ALCHOHOL
           01/28/2003   2           -2.50      0.00         0.00    10/16/2002
  ADJ      /                PRINT WORKER JAN PRINTING GRAPH.ARTS
           12/31/1899   3           -2.50      0.00         0.00    10/13/2002
  MANL     /                PRINT STUDENT  JAN PRINTING GRAPH.ARTS
           01/28/2003   2           -2.50      0.00         0.00    10/11/2002

RECORD TYPE                              DATE
A/D   QTY         PERIOD     DAYS        SERVED      EST RELEASE
REASON

View mode - press Esc to exit
There are no more rows in the direction you are going
```

*(handwritten: * marks at right; "NOTE"; "EXHIBIT 4")*

```
Press Ctrl w for help, Ctrl & C to abort

            SENTENCE CALCULATION ENTRY / UPDATE
BOOKING # 106634   I.D # 13154  BOOKED DATE 10/15/2001  TIME 20:20
NAME (L) SILVA         (F) DANIEL        (M)              SUFFIX
ORIGINAL RELEASE 10/06/2002  EST RELEASE 10/11/2002  PAROLE ELIGIBLE 03/07/2002
TYPE---COURT/DOCKET------TP--REASON-------------------------------------------
----------EFFECTIVE----  QTY---PERIOD----DAYS---ST GOOD---JAIL CR--EST RELEASE--
  EARN      /            0   EGT WORKER PRINT SHOP/GRAPHIC ARTS
         01/25/2003       3   DAYS     -2.50                           10/28/2002
  EARN      /            0   EGT DEC STUDENT PRINT SHOP/GRAPHIC ARTS
         01/23/2003       3   DAYS     -2.50                           10/26/2002
  EARN      /            0   PROJ JAN EGT D&A - KM
         01/21/2003       3   DAYS     -2.50                           10/23/2002
  EARN      /            0   PROJ JAN EGT WORKER PRINT SHOP - KM
         01/19/2003       3   DAYS     -2.50                           10/21/2002
  EARN      /            0   PROJ EGT JAN STUDENT PRINT SHOP - KM
         01/17/2003       3   DAYS     -2.50                           10/18/2002
-------------------------------------------------------------------------------
RECORD TYPE                           DATE
A/D   QTY        PERIOD     DAYS      SERVED     EST RELEASE
REASON

View mode - press Esc to exit
```

→ note

Exhibit 5

```
Press Ctrl w for help, Ctrl & C to abort

             SENTENCE CALCULATION ENTRY / UPDATE
BOOKING #  106634   I.D #  13156   BOOKED DATE 10/15/2001  TIME 20:20
NAME (L) SILVA          (F) DANIEL        (M)              SUFFIX
ORIGINAL RELEASE 10/06/2002  EST RELEASE 10/11/2002 PAROLE ELIGIBLE 03/07/2002
TYPE---COURT/DOCKET-------TP--REASON------------------------------
----------EFFECTIVE---- QTY---PERIOD----DAYS---ST GOOD---JAIL CR--EST RELEASE--
 MANL       /                PRINT WORKER  NOV PRINTING GRAPH.ARTS
           11/27/2002    2             -2.50       0.00      0.00  11/10/2002
 MANL       /                PRINT STUDENT NOV PRINTING GRAPH.ARTS
           11/27/2002    3             -2.50       0.00      0.00  11/07/2002
 EARN       /           0   EGT JULY02 UNIT WORKER
           02/01/2003    3   DAYS      -2.50                       11/05/2002
 EARN       /           0   EGT AUG/02 UNIT WORKER
           01/30/2003    3   DAYS      -2.50                       11/02/2002
 EARN       /           0   EGT DEC D&A
           01/27/2003    3   DAYS      -2.50                       10/31/2002

RECORD TYPE                             DATE
A/D    QTY         PERIOD      DAYS        SERVED    EST RELEASE
REASON

View mode - press Esc to exit
```

note

Exhibt 6