UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____

DANIEL SILVA,                          )
    Plaintiff,                       )
                                     )
    v.                               )
                                     )
ESSEX COUNTY CORRECTIONAL FACILITY,)        Docket No. 04-cv-11769-NG
SHERIFF FRANK COUSINS, LYNN HANSON,)
HOWARD CANUSCO, PEABODY POLICE      )
DEPARTMENT, SGT. SHEILA MCDAID,     )
    Defendants.                      )
_____
GERTNER, D.J.

## JUDGMENT

For the reasons set forth in the accompanying Memorandum, I **GRANT** the defendants' motion for summary judgment [docket entry #32]. I also **DENY** the plaintiff's motion to amend his complaint, to the extent that he moved to amend in his opposition to the defendants' motion for judgment on the pleadings [docket entry #24].

SO ORDERED.

Dated: June 21, 2006                    s/NANCY GERTNER, U.S.D.J.